

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 4, 2015**

_____
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC | § | |
| | § | Case No.: 15-31858-hdh-11 |
| Debtor. | § | |
| | | |
| In re: | § | Chapter 11 |
| | § | |
| ERG Interests, LLC | § | |
| | § | Case No.: 15-31859-hdh-11 |
| Debtor. | § | |
| | | |
| In re: | § | Chapter 11 |
| | § | |
| ERG Operating Company, LLC, | § | |
| | § | Case No.: 15-31860-hdh-11 |
| Debtor. | § | |

CHI-181960784v7

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Resources, L.L.C., | § | |
| | § | Case No.: 15-31861-hdh-11 |
| Debtor. | § | |

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| West Cat Canyon, L.L.C., | § | |
| | § | Case No.: 15-31862-hdh-11 |
| Debtor. | § | |

### ORDER (I) DIRECTING THE JOINT ADMINISTRATION OF CHAPTER 11 CASES AND (II) WAIVING CERTAIN REQUIREMENTS OF 11 U.S.C. § 342(c)(1) AND FED. R. BANKR. P. 1005 AND 2002(n)

This matter coming before the Court on the Motion of the Debtors (I) for an Order Directing the Joint Administration of Their Chapter 11 Cases and (II) Waiving Certain Requirements of 11 U.S.C. § 342(c)(1) and Fed. R. Bankr. P. 1005 and 2002(n) (the "Motion"),[1] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Declaration; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409 and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

2. The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 11 cases.

3. Parties in interest are directed to use the Proposed Caption annexed hereto as Exhibit 1 when filing pleadings with the Court in the chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "ERG Intermediate Holdings, LLC., *et al.*"

4. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for ERG Intermediate Holdings, LLC (the "Parent Case"), Case No. 15-31858-hdh-11.

5. Notwithstanding any relief granted in this Order, the Clerk of the Court shall maintain a separate claims register for each of these chapter 11 cases.

6. Notwithstanding any relief granted in this Order, each of the Debtors will separately file monthly operating reports with the Office of the United States Trustee for the Northern District of Texas.

7. A docket entry shall be made on the docket in each of the above-captioned cases (other than the Parent Case) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of ERG Intermediate Holdings, LLC; ERG Resources, L.L.C.; West Cat Canyon, L.L.C.; ERG Interests, LLC; and ERG Operating Company, LLC. The docket of ERG Intermediate Holdings, LLC, Case No. 15-31858-hdh-11, should be consulted for all matters affecting this case.

-4-

###END OF ORDER###

Submitted by:

Tom A. Howley, State Bar No. 24010115
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
tahowley@jonesday.com

Brad B. Erens
Joseph A. Florczak
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone:  (312) 782-3939
bberens@jonesday.com
jflorczak@jonesday.com

PROPOSED ATTORNEYS FOR DEBTORS

# **EXHIBIT 1**

Proposed Caption

CHI-181960784v7

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No.: 13-31858-hdh-11 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (7946). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

CHI-181960784v7