BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: ERG Intermediate Holdings, LLC | Motion for Joint administration of cases (2); Motion to maintain bank accounts (6), Application to employ Epiq (8); Motion to Extend Time (9); Motion to pay Motion of Debtors (11); Motion to Pay Motion of Debtors (12); Motion to pay tax debts (13); Motion to pay Motion of Debtors for an Order (14); Motion for DIP financing (21); Amended Motion to Extend Shorten Time (24) | Case # 15–31858–hdh11 |

**DEBTOR**

**TYPE OF HEARING**

ERG INTERMEDIATE HOLDINGS, LLC

VS

**PLAINTIFF / MOVANT**

**DEFENDANT / RESPONDENT**

TOM HOWLEY

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

DEBTOR'S EXHIBIT 1

| | | |
|---|---|---|
| Erica Adams–Williams | 05/04/2015 | Harlin DeWayne Hale |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |