**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No.: 15-31858-hdh-11 |
| | § | |
| | § | |

_____

**NOTICE OF FILING OF SERVICE LIST AS OF MAY 11, 2015**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

Pursuant to paragraph 2 of the Order Granting Complex Chapter 11 Bankruptcy Case Treatment (Docket No. 61) (the "Complex Case Order"), the claims and noticing agent in the above-captioned chapter 11 cases, Epiq Bankruptcy Solutions, LLC ("Epiq"), has updated the Initial Service List (as defined in the Complex Case Order). A copy of the updated Initial Service List, current as of May 11, 2015 is attached hereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (7946). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

Copies of the Complex Case Order and the current Initial Service List may be obtained from the Court's website at http://www.txnb.uscourts.gov or, free of charge, at http://dm.epiq11.com/ERG.

Dated: May 11, 2015
Dallas, Texas

By: /s/ Tom A. Howley

Tom A. Howley
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3939
tahowley@jonesday.com

Brad B. Erens
Joseph A. Florczak
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
bberens@jonesday.com
jflorczak@jonesday.com

PROPOSED ATTORNEYS FOR DEBTORS

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 11, 2015

| | |
|---|---|
| JONES DAY<br>ATTN: TOM A. HOWLEY<br>717 TEXAS AVENUE, SUITE 3300<br>HOUSTON, TX 77002<br>EMAIL: TAHOWLEY@JONESDAY.COM<br>(COUNSEL TO DEBTORS) | JONES DAY<br>ATTN: BRAD B. ERENS & JOSEPH A. FLORCZAK<br>77 WEST WACKER<br>CHICAGO, IL 60601<br>EMAIL: BBERENS@JONESDAY.COM;<br>JFLORCZAK@JONESDAY.COM<br>(COUNSEL TO DEBTORS) |
| WHITE AND CASE, LLP<br>ATTN: ROBERTO KAMPFNER & CRAIG H. AVERCH<br>633 WEST FIFTH STREET, SUITE 1900<br>LOS ANGELES, CA 90071-2007<br>FAX: 213 452 2329<br>EMAIL: RKAMPFNER@WHITECASE.COM<br>(COUNSEL TO CLMG CORP., ADMINISTRATIVE AGENT) | WHITE AND CASE, LLP<br>ATTN: THOMAS E LAURIA<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD, SUITE 4900<br>MIAMI, FL 33131-2352<br>FAX: 305 358 5744<br>EMAIL: TLAURIA@WHITECASE.COM<br>(COUNSEL TO CLMG CORP., ADMINISTRATIVE AGENT) |
| OFFICE OF THE U. S. TRUSTEE<br>ATTN: WILLIAM T. NEARY, US TRUSTEE<br>1100 COMMERCE STREET, ROOM 976<br>DALLAS, TX 75242<br>FAX: 214-767-8971<br>EMAIL: USTP.REGION06@USDOJ.GOV<br>(U.S. TRUSTEE) | CENTRAL COAST PIPING PRODUCTS<br>801 MAULHARDT AVENUE<br>OXNARD, CA 93030<br>FAX: 805-485-7881<br>EMAIL: KEVIN@JUSTPIPE.COM<br>(TOP 20) |
| CHEVRON U.S.A., INC.<br>ATTN: DAVID SINGER, ASST SECRETARY<br>1400 SMITH STREET<br>HOUSTON, TX 77002<br>FAX: 866-741-5436<br>(TOP 20) | CHEVRON U.S.A., INC.<br>ATTN: REBECCA TRUJILLO<br>9525 CAMINO MEDIA<br>BAKERSFIELD, CA 93311<br>FAX: 805-546-6900<br>EMAIL: RTRU@CHEVRON.COM<br>(TOP 20) |
| CHEVRON U.S.A., INC.<br>GENERAL COUNSEL'S OFFICE<br>ATTN: BANKRUPCTY MATTERS<br>6001 BOLLINGER CYN ROAD, BLDG T<br>SAN RAMON, CA 94583<br>FAX: 925-842-2846<br>EMAIL: ARMS@CHEVRON.COM<br>(TOP 20) | CONSTRUCTION SPECIALTY SERVICE, INC.<br>4550 BUCK OWENS BLVD<br>BAKERSFIED, CA 93308<br>FAX: 661-663-7077<br>EMAIL: SFENTON@CSSINCORP.BIZ<br>(TOP 20) |

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 11, 2015

| | |
|---|---|
| DLA PIPER LLP (US)<br>1000 LOUISIANA STREET, SUITE 2800<br>HOUSTON, TX 77002-5005<br>FAX: 713-300-6045<br>EMAIL: JACK.LANGLOIS@DLAPIPER.COM<br>(TOP 20) | DOWDEN ELECTRICAL SERVICE<br>ATTN: TIA DOWDEN<br>509 HILLTOP COURT<br>TAFT, CA 932608<br>EMAIL: DOWDENELECTRICAL@GMAIL.COM<br>(TOP 20) |
| DRILTEK INC<br>ATTN: SUSAN BAILEY<br>901 TOWER WAY, SUITE 102<br>BAKERSFIELD, CA 93309<br>FAX: 661-327-4150<br>EMAIL: SUSAN.BAILEY@DRILTEK.COM<br>(TOP 20) | ELECTRICAL SOLUTIONS CORP<br>2368 EASTMAN AVENUE<br>SUITE 13<br>VENUTRA, CA 93003<br>FAX: 805-658-0868<br>EMAIL: ESC@ESCVENTURA.COM<br>(TOP 20) |
| ENGEL & GRAY INC<br>745 WEST BETTERAVIA ROAD<br>P.O. BOX 5020<br>SANTA MARIA, CA 93456-5020<br>FAX: 805-925-8023<br>EMAIL: SALES@ENGELANDGRAY.COM<br>(TOP 20) | HOLLISTER & BRACE, PC<br>ATTORNEYS AT LAW<br>1126 SANTA BARBARA STREET<br>SANTA BARBARA, CA 93102<br>FAX: 805-688-3587 / 805-965-0329<br>EMAIL: HBLAW@HBSB.COM<br>(TOP 20) |
| M M I SERVICES, INC.<br>ATTN: ROXANNE CAMPBELL<br>4042 PATTON WAY<br>BAKERSFIELD, CA 93308-5030<br>FAX: 661-589-2080<br>EMAIL: RCAMPBELL@MMI-SERVICES.COM<br>(TOP 20) | MACQUARIE GROUP<br>ATTN: GENERAL COUNSEL<br>125 WEST 55TH STREET<br>NEW YORK, NY 10019<br>FAX: 312-756-3810<br>EMAIL: MICK.SOLIMENE@MACQUARIE.COM<br>(TOP 20) |
| P C MECHANICAL INC<br>2803 INDUSTRIAL PARKWAY<br>SANTA MARIA, CA 93455<br>FAX: 805-925-6168<br>EMAIL: LPARKER@PCMECHANICAL.COM<br>(TOP 20) | PACIFIC GAS & ELECTRIC<br>C/O BANKRUPTCY DEPARTMENT<br>8110 LORRAINE AVENUE<br>STOCKTON, CA 95210<br>FAX: 1-415-973-8719<br>EMAIL: PRH5@PGE.COM<br>(TOP 20) |

PACIFIC PETROLEUM CALIFORNIA, INC.
1615 E. BETTERAVIA ROAD
SANTA MARIA, CA 93454
FAX: 805-925-0884
EMAIL: INFO@PPCINC.BIZ
(TOP 20)

PAT PHELAN CONSTRUCTION
235 PHELAN RANCH WAY
ARROYO GRANDE, CA 93420
FAX: 805-473-5918
EMAIL: PATPHELANCONSTRUCTION@YAHOO.COM;
PATSY@PHELANINC.COM
(TOP 20)

QUINN PUMPS CA, INC
ATTN: AMANDA NEIGUM
300A ROCKLITE RD.
VENTURA, CA 93001
FAX: 432-687-2997
EMAIL: ANEIGUM@QUINNPUMPS.COM
(TOP 20)

SCS ENGINEERS
3900 KILROY AIRPORT WAY
SUITE 100
LONG BEACH, CA 90806
FAX: 760-744-8616
EMAIL: SERVICE@SCSENGINEERS.COM
(TOP 20)

SIMPSON THACHER & BARTLETT LLP
2 HOUSTON CENTER - SUITE 1475
909 FANNIN STREET
HOUSTON, TX 77010
FAX: 1-713-821-5602
EMAIL: RRABALAIS@STBLAW.COM
(TOP 20)

SPEED'S OIL TOOL SERVICE INC
ATTN: CHERYL WETTA
1573 E. BETTERAVIA ROAD
SANTA MARIA, CA 93456
FAX: 805 925-3274
EMAIL: CHERYL@SPEEDSOIL.COM
(TOP 20)

WEST COAST WELDING & CONSTR. INC.
ATTN: KASSANDRA ARAMBUOA
2201 CELSIUS AVE. STE. B
OXNARD, CA 93030-5183
FAX: 805-604-1566
EMAIL: KASSANDRA@WESTCOASTWELDING.NET
(TOP 20)

GERALD M. LEVERETT, ESQ.
(COUNSEL TO MMI SERVICES, INC.)
1830 TRUXTUN AVENUE SUITE 212
BAKERSFIELD, CA 93301
FAX: 661-324-4960
EMAIL: GLEVERETT@GERALDLEVERETT.COM
(NOTICE OF APPEARANCE)

HAYNES AND BOONE, LLP
1221 MCKINNEY, SUITE 2100
ATTN: CHARLES A. BECKHAM, JR.
(COUNSEL TO SCOTT Y. WOOD)
HOUSTON, TX 77010
FAX: 713-547-2600
EMAIL: CHARLES.BECKHAM@HAYNESBOONE.COM
(NOTICE OF APPEARANCE)

HAYNES AND BOONE, LLP
2323 VICTORY AVENUE, SUITE 700
ATTN: JAROM YATES
(COUNSEL TO SCOTT Y. WOOD)
DALLAS, TX 75219
FAX: 214-200-0784
EMAIL: JAROM.YATES@HAYNESBOONE.COM
(NOTICE OF APPEARANCE)

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 11, 2015

LAW OFFICES OF JUDITH W. ROSS
700 N. PEARL STREET, SUITE 1610
ATTN: NEIL J. ORLEANS
(COUNSEL TO M-I, LLC)
DALLAS, TX 75201
FAX: 214-377-9409
EMAIL: NEIL.ORLEANS@JUDITHWROSS.COM
(NOTICE OF APPEARANCE)