Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
214-767-8967

Erin Marie Schmidt,
Trial Attorney

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ERG INTERMEDIATE HOLDINGS,** | § | Case No. 15-31858-HDH-11 |
| **LLC,** *et al.*,[1] | § | |
| | § | Chapter 11 |
| | § | |
| **Debtors.** | § | (Jointly Administered) |

## Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE HARLIN D. HALE, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

### Chair

Baker Petrolite Corporation
c/o Christopher J. Ryan
2929 Allen Parkway, Suite 2100
Houston, Texas 77019
(713) 439-8771
Chris.ryan@bakerhughes.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, LLC (3522); West Cat Canyon, LLC (7377); ERG Interests, LLC (7538); and ERG Operating Company, LLC (7946). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street, Suite 4400, Houston, TX  77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue, Suite 300B, Bakersfield, CA  93309.

**Other Members**

Cynthia Garcia
1901 Truxtun Avenue
Bakersfield, California 93301
(661) 861-7911
snichols@youngnichols.com

MMI Services, Inc.
c/o Steve McGowan
4042 Patton Way
Bakersfield, California 93308-5030
(661) 589-9366
Steve@MMI-Services.com

Pacific Petroleum California, Inc.
c/o John Hochleutner
1615 E. Betteravia Road
Santa Maria, California 93454
(805) 925-1947 or (805) 260-5000
JohnSummer@ppcinc.biz

SCS Engineers
c/o Richard S. Bedell
11260 Roger Bacon Drive, Suite 300
Reston, Virginia 20190
(703) 471-6150
RBedell@SCSEngineers.com

DATED:     May 12, 2015                    Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt
Trial Attorney, TX 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX  75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov