**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No.: 15-31858-hdh-11 |
| | § | |
| | § | **Ref. Docket Nos. 77-80** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 11, 2015, I caused to be served the:

   a) "Motion of the Debtors for an Order (I) Establishing Bar Dates for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof," dated May 11, 2015 [Docket No. 77],

   b) "Notice of Filing of Service List as of May 11, 2015," dated May 11, 2015 [Docket No. 78],

   c) "Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Employment of AP Services, LLC and (II) Designating Rebecca A. Roof as Chief Restructuring Officer *Nunc Pro Tunc* to April 30, 2015," dated May 11, 2015 [Docket No. 79], and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

d) "Notice of Hearing," *regarding the Motion of the Debtors for an Order (I) Establishing Bar Dates for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof*, dated May 11, 2015 [Docket No. 80],

by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Christina Siguenza*
Christina Siguenza

Sworn to before me this
12th day of May, 2015
*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| CENTRAL COAST PIPING PRODUCTS | 801 MAULHARDT AVENUE OXNARD CA 93030 |
| CHEVRON U.S.A., INC. | ATTN: DAVID SINGER, ASST SECRETARY 1400 SMITH STREET HOUSTON TX 77002 |
| CHEVRON U.S.A., INC. | ATTN: REBECCA TRUJILLO 9525 CAMINO MEDIA BAKERSFIELD CA 93311 |
| CHEVRON U.S.A., INC. | GENERAL COUNSEL'S OFFICE ATTN: BANKRUPCTY MATTERS 6001 BOLLINGER CYN ROAD, BLDG T<br> SAN RAMON CA 94583 |
| CONSTRUCTION SPECIALTY SERVICE, INC. | 4550 BUCK OWENS BLVD BAKERSFIED CA 93308 |
| DLA PIPER LLP (US) | 1000 LOUISIANA STREET, SUITE 2800 HOUSTON TX 77002-5005 |
| DOWDEN ELECTRICAL SERVICE | ATTN: TIA DOWDEN 509 HILLTOP COURT TAFT CA 932608 |
| DRILTEK INC | ATTN: SUSAN BAILEY 901 TOWER WAY, SUITE 102 BAKERSFIELD CA 93309 |
| ELECTRICAL SOLUTIONS CORP | 2368 EASTMAN AVENUE SUITE 13 VENUTRA CA 93003 |
| ENGEL & GRAY INC | 745 WEST BETTERAVIA ROAD P.O. BOX 5020 SANTA MARIA CA 93456-5020 |
| HOLLISTER & BRACE, PC | ATTORNEYS AT LAW 1126 SANTA BARBARA STREET SANTA BARBARA CA 93102 |
| M M I SERVICES, INC. | ATTN: ROXANNE CAMPBELL 4042 PATTON WAY BAKERSFIELD CA 93308-5030 |
| MACQUARIE GROUP | ATTN: GENERAL COUNSEL 125 WEST 55TH STREET NEW YORK NY 10019 |
| OFFICE OF THE U. S. TRUSTEE | ATTN: WILLIAM T. NEARY, US TRUSTEE 1100 COMMERCE STREET, ROOM 976 DALLAS TX 75242 |
| P C MECHANICAL INC | 2803 INDUSTRIAL PARKWAY SANTA MARIA CA 93455 |
| PACIFIC GAS & ELECTRIC | C/O BANKRUPTCY DEPARTMENT 8110 LORRAINE AVENUE STOCKTON CA 95210 |
| PACIFIC PETROLEUM CALIFORNIA, INC. | 1615 E. BETTERAVIA ROAD SANTA MARIA CA 93454 |
| PAT PHELAN CONSTRUCTION | 235 PHELAN RANCH WAY ARROYO GRANDE CA 93420 |
| QUINN PUMPS CA, INC | ATTN: AMANDA NEIGUM 300A ROCKLITE RD. VENTURA CA 93001 |
| SCS ENGINEERS | 3900 KILROY AIRPORT WAY<br>SUITE 100 LONG BEACH CA 90806 |
| SIMPSON THACHER & BARTLETT LLP | 2 HOUSTON CENTER - SUITE 1475 909 FANNIN STREET HOUSTON TX 77010 |
| SPEED'S OIL TOOL SERVICE INC | ATTN: CHERYL WETTA 1573 E. BETTERAVIA ROAD SANTA MARIA CA 93456 |
| WEST COAST WELDING & CONSTR. INC. | ATTN: KASSANDRA ARAMBUOA 2201 CELSIUS AVE. STE. B OXNARD CA 93030-5183 |
| WHITE AND CASE, LLP | ATTN: THOMAS E LAURIA SOUTHEAST FINANCIAL CENTER 200 SOUTH BISCAYNE BLVD, SUITE 4900 MIAMI FL 33131-2352 |
| WHITE AND CASE, LLP | ATTN: ROBERTO KAMPFNER & CRAIG H. AVERCH 633 WEST FIFTH STREET, SUITE 1900 LOS ANGELES CA 90071-2007 |

**Total Creditor count 25**

**EXHIBIT B**

| Name | Contact | Email |
|---|---|---|
| Central Coast Piping Products | | kevin@justpipe.com |
| Chevron U.S.A., Inc. | Rebecca Trujillo | rtru@chevron.com |
| Chevron U.S.A., Inc. | General Counsel's Office | arms@chevron.com |
| Construction Specialty Service, Inc. | | sfenton@cssincorp.biz |
| DLA Piper LLP (US) | Jack Langlois | jack.langlois@dlapiper.com |
| Dowden Electrical Service | Tia Dowden | dowdenelectrical@gmail.com |
| Driltek Inc | Susan Bailey | susan.bailey@driltek.com |
| Electrical Solutions Corp | | esc@escventura.com |
| Engel & Gray Inc | | Sales@engelandgray.com |
| Hollister & Brace, PC | | hblaw@hbsb.com |
| M M I Services, Inc. | Roxanne Campbell | rcampbell@mmi-services.com |
| Macquarie Group | General Counsel | mick.solimene@macquarie.com |
| P C Mechanical Inc | | lparker@pcmechanical.com |
| Pacific Gas & Electric | BANKRUPTCY DEPARTMENT | prh5@pge.com |
| Pacific Petroleum California, Inc. | | info@ppcinc.biz |
| Pat Phelan Construction | | patphelanconstruction@yahoo.comp atsy@phelaninc.com |
| Quinn Pumps CA, Inc | Amanda Neigum | aneigum@quinnpumps.com |
| SCS Engineers | | service@scsengineers.com |
| Simpson Thacher & Bartlett LLP | Robert Rene Rabalais | rrabalais@stblaw.com |
| Speed's Oil Tool Service Inc | Cheryl Wetta | cheryl@speedsoil.com |
| West Coast Welding & Constr. Inc. | Kassandra Arambuoa | kassandra@westcoastwelding.net |

| Name | Description | Email |
|---|---|---|
| Gerald M. Leverett, Esq. | Counsel to MMI Services | gleverett@geraldleverett.com |
| Haynes and Boone, LLP, Attn: Charles A. Beckham, Jr. | Counsel to Scott Y. Wood | charles.beckham@haynesboone.com |
| Haynes and Boone, LLP, Attn: Jarom Yates | Counsel to Scott Y. Wood | jarom.yates@haynesboone.com |
| Law Offices of Judith W. Ross, Attn: Neil J. Orleans | Counsel to M-I, LLC | Neil.orleans@judithwross.com |
| OFFICE OF THE U. S. TRUSTEE, Attn: William T. Neary, United States Trustee | US Trustee | USTP.Region06@usdoj.gov |
| White and Case, LLP, Attn: Craig H. Averch | Counsel to CLMG Corp, Administrative Agent | caverch@whitecase.com |
| White and Case, LLP, Attn: Roberto Kampfner | Counsel to CLMG Corp, Administrative Agent | rkampfner@whitecase.com |
| White and Case, LLP, Attn: Tom Lauria | Counsel to CLMG Corp, Administrative Agent | tlauria@whitecase.com |