# EXHIBIT 2

**(Litigation Search List)**

List of Results (8)

Related Search Criteria

| | |
|---|---|
| Type | Search (Docket) |
| Filters | 57fbc7a0dd3d: docket_body,Case Status: Open,Defendant Party: erg intermediate holdings; erg resources; "west cat canyon"; erg interests; erg operating |
| Sources | All US and International Dockets |
| Date | May 13, 2010 to May 13, 2015 |
| Request Time | Wednesday, May 13, 2015 - 1:23 PM |

## Search Results

1. **GARCIA VS ERG OPERATING COMPANY, LLC., Docket No. S-1500-CV-284474 (Cal. Super. Ct. Mar. 24, 2015), Court Docket (03/24/2015)**
   - Parties: ERG OPERATING COMPANY, LLC. A TEXAS LIMITED LIABILITY COMPANY; ERG RESOURCES, LLC., A TEXAS LIMITED LIABILITY COMPANY; GARCIA, DELILAH; PACIFIC PETROLEUM CALIFORNIA, INC., A CALIFORNIA CORPORATION
   - Date Filed: Mar. 24, 2015
   - Last Updated: Mar. 27, 2015 10:08:05
   - Case Type: PERSONAL INJURY OTHER

2. **Hector Perez vs ERG Resources LLC et al, Docket No. 1469524 (Cal. Super. Ct. Nov. 06, 2014), Court Docket (11/06/2014)**
   - Parties: ERG Resources LLC; Hector Perez; Scott Woods
   - Date Filed: Nov. 06, 2014
   - Last Updated: Nov. 08, 2014 01:59:30
   - Case Type: Small Claims-SB

3. **GARCIA VS ERG OPERATING COMPANY, LLC, Docket No. S-1500-CV-282560 (Cal. Super. Ct. July 23, 2014), Court Docket (07/23/2014)**
   - Parties: CYNTHIA M. GARCIA AS REPRESENTATIVE FOR THE ESTATE OF ROBERTO GARCIA, DECEASED; ERG OPERATING COMPANY, LLC; ERG RESOURCES, LLC; GARCIA, CYNTHIA M.; GARCIA, EMMANUEL; GARCIA, KYLIE; PACIFIC PETROLEUM CALIFORNIA, INC.
   - Date Filed: Jul. 23, 2014
   - Last Updated: July 30, 2014 10:08:14
   - Case Type: PERSONAL INJURY OTHER

4. **Greg Hummel vs ERG Operating Company LLC et al, Docket No. 1407896 (Cal. Super. Ct. Jan. 17, 2013), Court Docket (01/17/2013)**
   - Parties: ERG Operating Company LLC; ERG Resources LLC; Greg Hummel
   - Date Filed: Jan. 17, 2013
   - Last Updated: Mar. 15, 2013 23:31:38
   - Case Type: Civil-SM

5. **PIONEER WELL SERVICES LLCvs. ERG RESOURCES LLC (F/K/A ENERGY RESERVES, Docket No. 201236547 (Tex. Dist. Ct. June 25, 2012), Court Docket (06/25/2012)**
   - Parties: ENERGY RESERVES GROUP LLC; ERG RESOURCES LLC (F/K/A ENERGY RESERVES GROUP LLC); ERG RESOURCES LLC (F/KA ENERGY RESERVES GROUP LLC) (TEXAS LIMITED; PIONEER WELL SERVICES LLC
   - Date Filed: Jun. 25, 2012
   - Last Updated: June 25, 2012 20:06:56
   - Case Type: BREACH OF CONTRACT
   - Judge(s): Sylvia A. Matthews

6. **STREAMLINE PRODUCTION SYSTEM INCvs.ERG RESOURCES LLC, Docket No. 201220513 (Tex. Dist. Ct. Apr. 09, 2012), Court Docket (04/09/2012)**
   - Parties: ERG RESOURCES LLC; STREAMLINE PRODUCTION SYSTEM INC
   - Date Filed: Apr. 09, 2012
   - Last Updated: Apr. 09, 2012 20:16:19
   - Case Type: CONTRACT
   - Judge(s): Jeff Shadwick

List of Results (8)

| | |
|---|---|
| 7. | **GEO LAB INCvs.ERG RESOURCES LLC, Docket No. 201205859 (Tex. Dist. Ct. Jan. 30, 2012), Court Docket (01/30/2012)** |

    **Parties**     ERG RESOURCES LLC; ERG RESOURCES LLC BY SERVING ITS REGISTERED AGENT CT CORP SYSTEMS; GEO LAB INC
    **Date Filed**     Jan. 30, 2012
    **Last Updated**     Jan. 30, 2012 20:12:52
    **Case Type**     BREACH OF CONTRACT
    **Judge(s)**     Reece Rondon

| | |
|---|---|
| 8. | **ERG Resources LLC vs HVI Cat Canyon Inc etc, Docket No. 1382815 (Cal. Super. Ct. Sept. 14, 2011), Court Docket (09/14/2011)** |

    **Parties**     ERG Operating Company LLC; ERG Resources LLC; HVI Cat Canyon Inc
    **Date Filed**     Sep. 14, 2011
    **Last Updated**     Mar. 16, 2013 17:00:24
    **Case Type**     Civil-SB