Mark W. Wege (Texas Bar No. 21074225)
Edward L. Ripley (Texas Bar No. 16935950)
Eric M. English (Texas Bar No. 24062714)
KING & SPALDING, LLP
1100 Louisiana, Suite 4000
Houston, Texas  77002
Telephone:  713-751-3200
Facsimile:  713-751-3290
Email:  MWege@kslaw.com
           ERipley@kslaw.com
           EEnglish@kslaw.com

*ATTORNEYS FOR CHEVRON U.S.A., INC. AND UNION OIL COMPANY OF CALIFORNIA*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **ERG Intermediate Holdings, LLC,** *et al.*,1 § | | **Joint Administration Pending** |
| § | | |
| **Debtors.** § | | **Case No.: 15-31858-hdh-11** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that Chevron U.S.A. Inc. and Union Oil Company of California, give notice of appearance by the undersigned counsel appearing on their behalf and request notices of all proceedings, hearings and papers served in this case be delivered to and served upon the parties below as follows:

>    Edward L. Ripley
>    Texas Bar No. 16935950
>    ERipley@kslaw.com
>    Mark W. Wege
>    Texas Bar No. 21074225
>    MWege@kslaw.com
>    Eric M. English

        Texas Bar No. 24062714
        EEnglish@kslaw.com
        1100 Louisiana, Suite 4000
        Houston, Texas 77002
        Telephone: (713) 751-3200
        Fax: (713) 751-3290

This request includes, but is not limited to, notices of any orders, motions, applications, discovery requests, motions, complaints, pleadings, or any other document whether or not filed with Court, whether formal or informal, written or oral, transmitted or delivered by mail, telephone, facsimile or otherwise, in this case.

Respectfully submitted this 18th May 2015.

        **KING & SPALDING LLP**

        /s/ Eric M. English
        Eric M. English
        Texas State Bar No. 24062714
        EEnglish@kslaw.com
        Mark W. Wege
        Texas Bar No. 21074225
        MWege@kslaw.com
        Edward L. Ripley
        Texas Bar No. 16935950
        ERipley@kslaw.com
        King &Spalding LLP
        1100 Louisiana, Suite 4000
        Houston, Texas 77002
        Telephone: (713) 751-3200
        Facsimile: (713) 751-3290

        **COUNSEL FOR CHEVRON U.S.A. INC.
        AND UNION OIL COMPANY OF
        CALIFORNIA**

DMSLIBRARY01:25673447.2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Appearance was served electronically though the Clerk's Office ECF noticing facilities upon the parties eligible to receive notice on this 18th day of May 2015.

    /s/ Edward L. Ripley
Edward L. Ripley

DMSLIBRARY01:25673447.2