**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No.: 15-31858-hdh-11 |
| | § | |
| | § | |

_____

**NOTICE OF FILING OF SERVICE LIST AS OF MAY 18, 2015**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

Pursuant to paragraph 2 of the Order Granting Complex Chapter 11 Bankruptcy Case Treatment (Docket No. 61) (the "Complex Case Order"), the claims and noticing agent in the above-captioned chapter 11 cases, Epiq Bankruptcy Solutions, LLC ("Epiq"), has updated the Initial Service List (as defined in the Complex Case Order). A copy of the updated Revised Service List, current as of May 18, 2015 is attached hereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (7946). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

Copies of the Complex Case Order and the current Revised Service List may be obtained from the Court's website at http://www.txnb.uscourts.gov or, free of charge, at http://dm.epiq11.com/ERG.

Dated:  May 18, 2015
         Dallas, Texas

By: /s/  Tom A. Howley

Tom A. Howley
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
tahowley@jonesday.com

Brad B. Erens
Joseph A. Florczak
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone:  (312) 782-3939
bberens@jonesday.com
jflorczak@jonesday.com

PROPOSED ATTORNEYS FOR DEBTORS

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 18, 2015

| | |
|---|---|
| JONES DAY<br>717 TEXAS AVENUE, SUITE 3300<br>ATTN: TOM A. HOWLEY<br>HOUSTON, TX 77002<br>EMAIL: TAHOWLEY@JONESDAY.COM<br>(COUNSEL TO DEBTORS) | JONES DAY<br>77 WEST WACKER<br>ATTN: BRAD B. ERENS & JOSEPH A. FLORCZAK<br>CHICAGO, IL 60601<br>EMAIL: BBERENS@JONESDAY.COM;<br>JFLORCZAK@JONESDAY.COM<br>(COUNSEL TO DEBTORS) |
| WHITE AND CASE, LLP<br>ATTN: ROBERTO KAMPFNER & CRAIG H. AVERCH<br>633 WEST FIFTH STREET, SUITE 1900<br>LOS ANGELES, CA 90071-2007<br>FAX: 213-452-2329<br>EMAIL: RKAMPFNER@WHITECASE.COM<br>(COUNSEL TO CLMG CORP., ADMINISTRATIVE AGENT) | WHITE AND CASE, LLP<br>ATTN: THOMAS E LAURIA<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD, SUITE 4900<br>MIAMI, FL 33131-2352<br>FAX: 305-358-5744<br>EMAIL: TLAURIA@WHITECASE.COM<br>(COUNSEL TO CLMG CORP., ADMINISTRATIVE AGENT) |
| OFFICE OF THE U. S. TRUSTEE<br>ATTN: WILLIAM T. NEARY, US TRUSTEE<br>1100 COMMERCE STREET, ROOM 976<br>DALLAS, TX 75242<br>FAX: 214-767-8971<br>EMAIL: USTP.REGION06@USDOJ.GOV<br>(U.S. TRUSTEE) | PACHULSKI STANG ZIEHL & JONES LLP<br>10100 SANTA MONICA BLVD, 11TH FLOOR<br>ATTN: JEFFERY N. POMERANTZ & SHIRLEY S. CHO<br>LOS ANGELES, CA 90067-4100<br>FAX: 310-201-0760<br>EMAIL:<br>JPOMERANTZ@PSZJLAW.COM;SCHO@PSZJLAW.COM<br>(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) |
| PACHULSKI STANG ZIEHL & JONES LLP<br>780 THIRD AVENUE, 34TH FLOOR<br>ATTN: ROBERT J. FEINSTEIN & MARIA A. BOVE<br>NEW YORK, NY 10017<br>FAX: 212-561-7777<br>EMAIL:<br>RFEINSTEIN@PSZJLAW.COM;MBOVE@PSZJLAW.COM<br>(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) | SEARCY & SEARCY P.C.<br>446 FOREST SQUARE, P.O. BOX 3929<br>ATTN: JASON R. SEARCY<br>LONGVIEW, TX 75606<br>FAX: 903-757-9559<br>EMAIL: JSEARCY@JRSEARCYLAW.COM<br>(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) |
| BAKER PETROLITE CORPORATION<br>C/O CHRISTOPHER J. RYAN<br>2929 ALLEN PARKWAY, SUITE 2100<br>HOUSTON, TX 77019<br>EMAIL: CHRIS.RYAN@BAKERHUGHES.COM<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | CYNTHIA GARCIA<br>1901 TRUXTUN AVENUE<br>BAKERSFIELD, CA 93301<br>EMAIL: SNICHOLS@YOUNGNICHOLS.COM<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS) |

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 18, 2015

| | |
|---|---|
| MMI SERVICES, INC.<br>C/O STEVE MCGOWAN<br>4042 PATTON WAY<br>BAKERSFIELD, CA 93308-5030<br>EMAIL: STEVE@MMI-SERVICES.COM<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | PACIFIC PETROLEUM CALIFORNIA, INC.<br>C/O JOHN HOCHLEUTNER<br>1615 E. BETTERAVIA ROAD<br>SANTA MARIA, CA 93454<br>EMAIL: JOHNSUMMER@PPCINC.BIZ<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS) |
| SCS ENGINEERS<br>C/O RICHARD S. BEDELL<br>11260 ROGER BACON DRIVE, SUITE 300<br>RESTON, VA 20190<br>EMAIL: RBEDELL@SCSENGINEERS.COM<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | CENTRAL COAST PIPING PRODUCTS<br>801 MAULHARDT AVENUE<br>OXNARD, CA 93030<br>FAX: 805-485-7881<br>EMAIL: KEVIN@JUSTPIPE.COM<br>(TOP 20) |
| CHEVRON U.S.A., INC.<br>ATTN: DAVID SINGER, ASST SECRETARY<br>1400 SMITH STREET<br>HOUSTON, TX 77002<br>FAX: 866-741-5436<br>(TOP 20) | CHEVRON U.S.A., INC.<br>ATTN: REBECCA TRUJILLO<br>9525 CAMINO MEDIA<br>BAKERSFIELD, CA 93311<br>FAX: 805-546-6900<br>EMAIL: RTRU@CHEVRON.COM<br>(TOP 20) |
| CHEVRON U.S.A., INC.<br>GENERAL COUNSEL'S OFFICE<br>ATTN: BANKRUPCTY MATTERS<br>6001 BOLLINGER CYN ROAD, BLDG T<br>SAN RAMON, CA 94583<br>FAX: 925-842-2846<br>EMAIL: ARMS@CHEVRON.COM<br>(TOP 20) | CONSTRUCTION SPECIALTY SERVICE, INC.<br>4550 BUCK OWENS BLVD<br>BAKERSFIED, CA 93308<br>FAX: 661-663-7077<br>EMAIL: SFENTON@CSSINCORP.BIZ<br>(TOP 20) |
| DLA PIPER LLP (US)<br>1000 LOUISIANA STREET, SUITE 2800<br>HOUSTON, TX 77002-5005<br>FAX: 713-300-6045<br>EMAIL: JACK.LANGLOIS@DLAPIPER.COM<br>(TOP 20) | DOWDEN ELECTRICAL SERVICE<br>ATTN: TIA DOWDEN<br>509 HILLTOP COURT<br>TAFT, CA 932608<br>EMAIL: DOWDENELECTRICAL@GMAIL.COM<br>(TOP 20) |

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 18, 2015

DRILTEK INC
ATTN: SUSAN BAILEY
901 TOWER WAY, SUITE 102
BAKERSFIELD, CA 93309
FAX: 661-327-4150
EMAIL: SUSAN.BAILEY@DRILTEK.COM
(TOP 20)

ELECTRICAL SOLUTIONS CORP
2368 EASTMAN AVENUE
SUITE 13
VENUTRA, CA 93003
FAX: 805-658-0868
EMAIL: ESC@ESCVENTURA.COM
(TOP 20)

ENGEL & GRAY INC
745 WEST BETTERAVIA ROAD
P.O. BOX 5020
SANTA MARIA, CA 93456-5020
FAX: 805-925-8023
EMAIL: SALES@ENGELANDGRAY.COM
(TOP 20)

HOLLISTER & BRACE, PC
ATTORNEYS AT LAW
1126 SANTA BARBARA STREET
SANTA BARBARA, CA 93102
FAX: 805-688-3587 / 805-965-0329
EMAIL: HBLAW@HBSB.COM
(TOP 20)

M M I SERVICES, INC.
ATTN: ROXANNE CAMPBELL
4042 PATTON WAY
BAKERSFIELD, CA 93308-5030
FAX: 661-589-2080
EMAIL: RCAMPBELL@MMI-SERVICES.COM
(TOP 20)

MACQUARIE GROUP
ATTN: GENERAL COUNSEL
125 WEST 55TH STREET
NEW YORK, NY 10019
FAX: 312-756-3810
EMAIL: MICK.SOLIMENE@MACQUARIE.COM
(TOP 20)

P C MECHANICAL INC
2803 INDUSTRIAL PARKWAY
SANTA MARIA, CA 93455
FAX: 805-925-6168
EMAIL: LPARKER@PCMECHANICAL.COM
(TOP 20)

PACIFIC GAS & ELECTRIC
C/O BANKRUPTCY DEPARTMENT
8110 LORRAINE AVENUE
STOCKTON, CA 95210
FAX: 1-415-973-8719
(TOP 20)

PACIFIC PETROLEUM CALIFORNIA, INC.
1615 E. BETTERAVIA ROAD
SANTA MARIA, CA 93454
FAX: 805-925-0884
EMAIL: INFO@PPCINC.BIZ
(TOP 20)

PAT PHELAN CONSTRUCTION
235 PHELAN RANCH WAY
ARROYO GRANDE, CA 93420
FAX: 805-473-5918
EMAIL: PATPHELANCONSTRUCTION@YAHOO.COM;
PATSY@PHELANINC.COM
(TOP 20)

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 18, 2015

| | |
|---|---|
| QUINN PUMPS CA, INC<br>ATTN: AMANDA NEIGUM<br>300A ROCKLITE RD.<br>VENTURA, CA 93001<br>FAX: 432-687-2997<br>EMAIL: ANEIGUM@QUINNPUMPS.COM<br>(TOP 20) | SCS ENGINEERS<br>3900 KILROY AIRPORT WAY<br>SUITE 100<br>LONG BEACH, CA 90806<br>FAX: 760-744-8616<br>EMAIL: SERVICE@SCSENGINEERS.COM<br>(TOP 20) |
| SIMPSON THACHER & BARTLETT LLP<br>2 HOUSTON CENTER - SUITE 1475<br>909 FANNIN STREET<br>HOUSTON, TX 77010<br>FAX: 1-713-821-5602<br>EMAIL: RRABALAIS@STBLAW.COM<br>(TOP 20) | SPEED'S OIL TOOL SERVICE INC<br>ATTN: CHERYL WETTA<br>1573 E. BETTERAVIA ROAD<br>SANTA MARIA, CA 93456<br>FAX: 805 925-3274<br>EMAIL: CHERYL@SPEEDSOIL.COM<br>(TOP 20) |
| WEST COAST WELDING & CONSTR. INC.<br>ATTN: KASSANDRA ARAMBUOA<br>2201 CELSIUS AVE. STE. B<br>OXNARD, CA 93030-5183<br>FAX: 805-604-1566<br>EMAIL: KASSANDRA@WESTCOASTWELDING.NET<br>(TOP 20) | GERALD M. LEVERETT, ESQ.<br>(COUNSEL TO MMI SERVICES, INC.)<br>1830 TRUXTUN AVENUE SUITE 212<br>BAKERSFIELD, CA 93301<br>FAX: 661-324-4960<br>EMAIL: GLEVERETT@GERALDLEVERETT.COM<br>(NOTICE OF APPEARANCE) |
| HAYNES AND BOONE, LLP<br>1221 MCKINNEY, SUITE 2100<br>ATTN: CHARLES A. BECKHAM, JR.<br>(COUNSEL TO SCOTT Y. WOOD)<br>HOUSTON, TX 77010<br>FAX: 713-547-2600<br>EMAIL: CHARLES.BECKHAM@HAYNESBOONE.COM<br>(NOTICE OF APPEARANCE) | HAYNES AND BOONE, LLP<br>2323 VICTORY AVENUE, SUITE 700<br>ATTN: JAROM YATES<br>(COUNSEL TO SCOTT Y. WOOD)<br>DALLAS, TX 75219<br>FAX: 214-200-0784<br>EMAIL: JAROM.YATES@HAYNESBOONE.COM<br>(NOTICE OF APPEARANCE) |
| KING & SPALDING LLP<br>1100 LOUISIANA, SUITE 4000<br>ATTN: EDWARD L. RIPLEY, MARK W. WEGE<br>ERIC M. ENGLISH<br>(COUNSEL TO CHEVRON U.S.A., INC. AND UNION OIL COMPANY OF CALIFORNIA)<br>HOUSTON, TEXAS 77002<br>FAX: 713-751-3290<br>EMAIL: ERIPLEY@KSLAW.COM; MWEGE@KSLAW.COM; EENGLISH@KSLAW.COM<br>(NOTICE OF APPEARANCE) | LAW OFFICES OF JUDITH W. ROSS<br>700 N. PEARL STREET, SUITE 1610<br>ATTN: NEIL J. ORLEANS<br>(COUNSEL TO M-I, LLC)<br>DALLAS, TX 75201<br>FAX: 214-377-9409<br>EMAIL: NEIL.ORLEANS@JUDITHWROSS.COM<br>(NOTICE OF APPEARANCE) |