

**U.S. BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 18, 2015**

_____
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| Erg Intermediate Holdings, LLC, *et al.*,[1] | § | |
| | § | Case No. 15-31858 |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Hon. Harlin DeWayne Hale |

**ORDER GRANTING MOTION FOR EMERGENCY HEARING ON MOTION OF J-5 EQUESTRIAN LLC FOR AN ORDER ENFORCING THE AUTOMATIC STAY UNTIL ADJUDICATION OF THE OWNERSHIP DISPUTE PURSUANT TO 11 U.S.C. 362(A)**

The request for an emergency hearing on J-5 Equestrian LLC's Motion for an Order Enforcing the Automatic Stay until the Adjudication of the Ownership Dispute Pursuant to 11 U.S.C. §362 (the "Stay Motion") is GRANTED. A Hearing will be held before the Honorable

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (7946). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

Harlin DeWayne Hale, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas Texas 75242 on May 22, 2015 at 1:30 p.m.  Counsel for Movant shall serve this Order on interest parties.

###End of Order###