Jeffrey N. Pomerantz
Robert J. Feinstein
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email: jpomerantz@pszjlaw.com
           rfeinstein@pszjlaw.com

Jason R. Searcy
SEARCY & SEARCY P.C.
446 Forest Square
P.O. Box 3929
Longview, TX 75606
Telephone: (903) 757-3399
Facsimile:  (903-757-9559
Email: jsearcy@jrsearcylaw.com

*Proposed Counsel to the Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No. 15-31858-hdh-11 |

## NOTICE OF DEPOSITION

TO: ERG Intermediate Holdings, LLC and the above-captioned debtors (collectively, the "Debtors") c/o Jones Day, Attention Tom A. Howley, 717 Texas Avenue, Suite 3300, Houston, Texas 77002; Jones Day, Attention Brad B. Erens, Joseph A. Florczak, 77 West Wacker, Chicago, Illinois 60601.

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the Official

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385). The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309.

Committee of Unsecured Creditors (the "Committee"), through its attorneys, will take the depositions upon oral examination of the witnesses identified below relating to (a) *Motion of the Debtors for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief* (Docket No. 20); (b) *Motion for Entry of Interim and Final Orders Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to (I) Use Cash Collateral of the Pre-Petition Financing and (II) Provide Adequate Protection to the Pre-Petition Secured Parties, (B) Prescribing Form and Manner of Notice and Scheduling Final Hearing and (c) Granting Related Relief* (Docket No. 15), and (c) *Motion of the Official Committee of Unsecured Creditors to Transfer Venue* (Docket No. 94). The depositions will take place before a court reporter and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until they have been completed:

| | |
|---|---|
| Kelly Plato | 10:00 a.m. |
| Becky Roof | 2:00 p.m. |

The depositions shall take place on Tuesday, May 26, 2015, at the offices of Jones Day, 717 Texas Avenue, Suite 3300, Houston, Texas, or at such other time, date and location as the parties may agree.

Dated: May 18, 2015

/s/ Jason R. Searcy
Jason R. Searcy
SEARCY & SEARCY P.C.
446 Forest Square
P.O. Box 3929
Longview, TX 75606
Telephone: (903) 757-3399
Facsimile: (903) 757-9559
Email: jsearcy@jrsearcylaw.com

Jeffrey N. Pomerantz
Robert J. Feinstein

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0706
Email: jpomerantz@pszjlaw.com
       rfeinstein@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz
Robert J. Feinstein
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@pszjlaw.com
      rfeinstein@pszjlaw.com

Jason R. Searcy
SEARCY & SEARCY P.C.
446 Forest Square
P.O. Box 3929
Longview, TX 75606
Telephone: (903) 757-3399
Facsimile: (903-757-9559
Email: jsearcy@jrsearcylaw.com

*Proposed Counsel to the Official Committee
of Unsecured Creditors*

## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, et al.,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No. 15-31858-hdh-11 |
| | § | |

### AFFIDAVIT OF SERVICE

Sophia L. Lee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 18th day of May, 2015, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**Notice of Deposition**

                                                                          Sophia L. Lee

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

CA JURAT W/AFFIANT STATEMENT:                                    GOV'T CODE § 8202

*A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

State of California    )
County of Los Angeles  )

Subscribed and sworn to (or affirmed) before me on this 18th day of May, 2015 by Sophia L. Lee and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public:
My Commission Expires: 11/27/17

MELISA DESJARDIEN
Commission # 2047359
Notary Public - California
Los Angeles County
My Comm. Expires Nov 27, 2017

## SERVICE LIST

### In re: ERG Intermediate Holdings, LLC, et al.
### Case No. 15-31858-hdh-11

WHITE AND CASE, LLP
ROBERTO KAMPFNER &
CRAIG H. AVERCH
633 WEST FIFTH STREET, SUITE 1900
LOS ANGELES, CA 90071-2007
RKAMPFNER@WHITECASE.COM
CAVERCH@WHITECASE.COM
(COUNSEL TO CLMG CORP., ADMIN AGENT)

WHITE AND CASE, LLP
THOMAS E LAURIA
200 S. BISCAYNE BLVD, SUITE 4900
MIAMI, FL 33131-2352
TLAURIA@WHITECASE.COM
(COUNSEL TO CLMG CORP., ADMIN AGENT)

OFFICE OF THE U. S. TRUSTEE
WILLIAM T. NEARY, US TRUSTEE
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75242
USTP.REGION06@USDOJ.GOV
(U.S. TRUSTEE)

HAYNES AND BOONE, LLP
CHARLES A. BECKHAM, JR.
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
CHARLES.BECKHAM@HAYNESBOONE.COM
(COUNSEL TO SCOTT Y. WOOD)
(NOTICE OF APPEARANCE)

HAYNES AND BOONE, LLP
JAROM YATES
2323 VICTORY AVENUE, SUITE 700
DALLAS, TX 75219
JAROM.YATES@HAYNESBOONE.COM
(COUNSEL TO SCOTT Y. WOOD)
(NOTICE OF APPEARANCE)

GERALD M. LEVERETT, ESQ.
(COUNSEL TO MMI SERVICES, INC.)
1830 TRUXTUN AVENUE SUITE 212
BAKERSFIELD, CA 93301
GLEVERETT@GERALDLEVERETT.COM
(NOTICE OF APPEARANCE)

LAW OFFICES OF JUDITH W. ROSS
NEIL J. ORLEANS
700 N. PEARL STREET, SUITE 1610
(COUNSEL TO M-I, LLC)
DALLAS, TX 75201
NEIL.ORLEANS@JUDITHWROSS.COM
(NOTICE OF APPEARANCE)

KING & SPALDING LLP
ATTN: EDWARD L. RIPLEY, MARK W. WEGE
ERIC M. ENGLISH
1100 LOUISIANA, SUITE 4000
HOUSTON, TEXAS 77002
ERIPLEY@KSLAW.COM ; MWEGE@KSLAW.COM ;
EENGLISH@KSLAW.COM
(COUNSEL TO CHEVRON U.S.A., INC. AND UNION OIL
COMPANY OF CALIFORNIA)
(NOTICE OF APPEARANCE)

| | |
|---|---|
| JONES DAY<br>717 TEXAS AVENUE, SUITE 3300<br>ATTN: TOM A. HOWLEY<br>HOUSTON, TX 77002<br>EMAIL: TAHOWLEY@JONESDAY.COM<br>(COUNSEL TO DEBTORS) | JONES DAY<br>77 WEST WACKER<br>ATTN: BRAD B. ERENS & JOSEPH A. FLORCZAK<br>CHICAGO, IL 60601<br>EMAIL: BBERENS@JONESDAY.COM;<br>JFLORCZAK@JONESDAY.COM<br>(COUNSEL TO DEBTORS) |
| WHITE AND CASE, LLP<br>ATTN: ROBERTO KAMPFNER & CRAIG H. AVERCH<br>633 WEST FIFTH STREET, SUITE 1900<br>LOS ANGELES, CA 90071-2007<br>FAX: 213-452-2329<br>EMAIL: RKAMPFNER@WHITECASE.COM<br>(COUNSEL TO CLMG CORP., ADMINISTRATIVE AGENT) | WHITE AND CASE, LLP<br>ATTN: THOMAS E LAURIA<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD, SUITE 4900<br>MIAMI, FL 33131-2352<br>FAX: 305-358-5744<br>EMAIL: TLAURIA@WHITECASE.COM<br>(COUNSEL TO CLMG CORP., ADMINISTRATIVE AGENT) |
| OFFICE OF THE U. S. TRUSTEE<br>ATTN: WILLIAM T. NEARY, US TRUSTEE<br>1100 COMMERCE STREET, ROOM 976<br>DALLAS, TX 75242<br>FAX: 214-767-8971<br>EMAIL: USTP.REGION06@USDOJ.GOV<br>(U.S. TRUSTEE) | PACHULSKI STANG ZIEHL & JONES LLP<br>10100 SANTA MONICA BLVD, 11TH FLOOR<br>ATTN: JEFFERY N. POMERANTZ & SHIRLEY S. CHO<br>LOS ANGELES, CA 90067-4100<br>FAX: 310-201-0760<br>EMAIL: JPOMERANTZ@PSZJLAW.COM;SCHO@PSZJLAW.COM<br>(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) |
| PACHULSKI STANG ZIEHL & JONES LLP<br>780 THIRD AVENUE, 34TH FLOOR<br>ATTN: ROBERT J. FEINSTEIN & MARIA A. BOVE<br>NEW YORK, NY 10017<br>FAX: 212-561-7777<br>EMAIL: RFEINSTEIN@PSZJLAW.COM;MBOVE@PSZJLAW.COM<br>(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) | SEARCY & SEARCY P.C.<br>446 FOREST SQUARE, P.O. BOX 3929<br>ATTN: JASON R. SEARCY<br>LONGVIEW, TX 75606<br>FAX: 903-757-9559<br>EMAIL: JSEARCY@JRSEARCYLAW.COM<br>(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) |
| BAKER PETROLITE CORPORATION<br>C/O CHRISTOPHER J. RYAN<br>2929 ALLEN PARKWAY, SUITE 2100<br>HOUSTON, TX 77019<br>EMAIL: CHRIS.RYAN@BAKERHUGHES.COM<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | CYNTHIA GARCIA<br>1901 TRUXTUN AVENUE<br>BAKERSFIELD, CA 93301<br>EMAIL: SNICHOLS@YOUNGNICHOLS.COM<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS) |

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 18, 2015

| | |
|---|---|
| MMI SERVICES, INC.<br>C/O STEVE MCGOWAN<br>4042 PATTON WAY<br>BAKERSFIELD, CA 93308-5030<br>EMAIL: STEVE@MMI-SERVICES.COM<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | PACIFIC PETROLEUM CALIFORNIA, INC.<br>C/O JOHN HOCHLEUTNER<br>1615 E. BETTERAVIA ROAD<br>SANTA MARIA, CA 93454<br>EMAIL: JOHNSUMMER@PPCINC.BIZ<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS) |
| SCS ENGINEERS<br>C/O RICHARD S. BEDELL<br>11260 ROGER BACON DRIVE, SUITE 300<br>RESTON, VA 20190<br>EMAIL: RBEDELL@SCSENGINEERS.COM<br>(OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | CENTRAL COAST PIPING PRODUCTS<br>801 MAULHARDT AVENUE<br>OXNARD, CA 93030<br>FAX: 805-485-7881<br>EMAIL: KEVIN@JUSTPIPE.COM<br>(TOP 20) |
| CHEVRON U.S.A., INC.<br>ATTN: DAVID SINGER, ASST SECRETARY<br>1400 SMITH STREET<br>HOUSTON, TX 77002<br>FAX: 866-741-5436<br>(TOP 20) | CHEVRON U.S.A., INC.<br>ATTN: REBECCA TRUJILLO<br>9525 CAMINO MEDIA<br>BAKERSFIELD, CA 93311<br>FAX: 805-546-6900<br>EMAIL: RTRU@CHEVRON.COM<br>(TOP 20) |
| CHEVRON U.S.A., INC.<br>GENERAL COUNSEL'S OFFICE<br>ATTN: BANKRUPCTY MATTERS<br>6001 BOLLINGER CYN ROAD, BLDG T<br>SAN RAMON, CA 94583<br>FAX: 925-842-2846<br>EMAIL: ARMS@CHEVRON.COM<br>(TOP 20) | CONSTRUCTION SPECIALTY SERVICE, INC.<br>4550 BUCK OWENS BLVD<br>BAKERSFIED, CA 93308<br>FAX: 661-663-7077<br>EMAIL: SFENTON@CSSINCORP.BIZ<br>(TOP 20) |
| DLA PIPER LLP (US)<br>1000 LOUISIANA STREET, SUITE 2800<br>HOUSTON, TX 77002-5005<br>FAX: 713-300-6045<br>EMAIL: JACK.LANGLOIS@DLAPIPER.COM<br>(TOP 20) | DOWDEN ELECTRICAL SERVICE<br>ATTN: TIA DOWDEN<br>509 HILLTOP COURT<br>TAFT, CA 932608<br>EMAIL: DOWDENELECTRICAL@GMAIL.COM<br>(TOP 20) |

| | |
|---|---|
| DRILTEK INC<br>ATTN: SUSAN BAILEY<br>901 TOWER WAY, SUITE 102<br>BAKERSFIELD, CA 93309<br>FAX: 661-327-4150<br>EMAIL: SUSAN.BAILEY@DRILTEK.COM<br>(TOP 20) | ELECTRICAL SOLUTIONS CORP<br>2368 EASTMAN AVENUE<br>SUITE 13<br>VENUTRA, CA 93003<br>FAX: 805-658-0868<br>EMAIL: ESC@ESCVENTURA.COM<br>(TOP 20) |
| ENGEL & GRAY INC<br>745 WEST BETTERAVIA ROAD<br>P.O. BOX 5020<br>SANTA MARIA, CA 93456-5020<br>FAX: 805-925-8023<br>EMAIL: SALES@ENGELANDGRAY.COM<br>(TOP 20) | HOLLISTER & BRACE, PC<br>ATTORNEYS AT LAW<br>1126 SANTA BARBARA STREET<br>SANTA BARBARA, CA 93102<br>FAX: 805-688-3587 / 805-965-0329<br>EMAIL: HBLAW@HBSB.COM<br>(TOP 20) |
| M M I SERVICES, INC.<br>ATTN: ROXANNE CAMPBELL<br>4042 PATTON WAY<br>BAKERSFIELD, CA 93308-5030<br>FAX: 661-589-2080<br>EMAIL: RCAMPBELL@MMI-SERVICES.COM<br>(TOP 20) | MACQUARIE GROUP<br>ATTN: GENERAL COUNSEL<br>125 WEST 55TH STREET<br>NEW YORK, NY 10019<br>FAX: 312-756-3810<br>EMAIL: MICK.SOLIMENE@MACQUARIE.COM<br>(TOP 20) |
| P C MECHANICAL INC<br>2803 INDUSTRIAL PARKWAY<br>SANTA MARIA, CA 93455<br>FAX: 805-925-6168<br>EMAIL: LPARKER@PCMECHANICAL.COM<br>(TOP 20) | PACIFIC GAS & ELECTRIC<br>C/O BANKRUPTCY DEPARTMENT<br>8110 LORRAINE AVENUE<br>STOCKTON, CA 95210<br>FAX: 1-415-973-8719<br>(TOP 20) |
| PACIFIC PETROLEUM CALIFORNIA, INC.<br>1615 E. BETTERAVIA ROAD<br>SANTA MARIA, CA 93454<br>FAX: 805-925-0884<br>EMAIL: INFO@PPCINC.BIZ<br>(TOP 20) | PAT PHELAN CONSTRUCTION<br>235 PHELAN RANCH WAY<br>ARROYO GRANDE, CA 93420<br>FAX: 805-473-5918<br>EMAIL: PATPHELANCONSTRUCTION@YAHOO.COM;<br>PATSY@PHELANINC.COM<br>(TOP 20) |

QUINN PUMPS CA, INC
ATTN: AMANDA NEIGUM
300A ROCKLITE RD.
VENTURA, CA 93001
FAX: 432-687-2997
EMAIL: ANEIGUM@QUINNPUMPS.COM
(TOP 20)

SCS ENGINEERS
3900 KILROY AIRPORT WAY
SUITE 100
LONG BEACH, CA 90806
FAX: 760-744-8616
EMAIL: SERVICE@SCSENGINEERS.COM
(TOP 20)

SIMPSON THACHER & BARTLETT LLP
2 HOUSTON CENTER - SUITE 1475
909 FANNIN STREET
HOUSTON, TX 77010
FAX: 1-713-821-5602
EMAIL: RRABALAIS@STBLAW.COM
(TOP 20)

SPEED'S OIL TOOL SERVICE INC
ATTN: CHERYL WETTA
1573 E. BETTERAVIA ROAD
SANTA MARIA, CA 93456
FAX: 805 925-3274
EMAIL: CHERYL@SPEEDSOIL.COM
(TOP 20)

WEST COAST WELDING & CONSTR. INC.
ATTN: KASSANDRA ARAMBUOA
2201 CELSIUS AVE. STE. B
OXNARD, CA 93030-5183
FAX: 805-604-1566
EMAIL: KASSANDRA@WESTCOASTWELDING.NET
(TOP 20)

GERALD M. LEVERETT, ESQ.
(COUNSEL TO MMI SERVICES, INC.)
1830 TRUXTUN AVENUE SUITE 212
BAKERSFIELD, CA 93301
FAX: 661-324-4960
EMAIL: GLEVERETT@GERALDLEVERETT.COM
(NOTICE OF APPEARANCE)

HAYNES AND BOONE, LLP
1221 MCKINNEY, SUITE 2100
ATTN: CHARLES A. BECKHAM, JR.
(COUNSEL TO SCOTT Y. WOOD)
HOUSTON, TX 77010
FAX: 713-547-2600
EMAIL: CHARLES.BECKHAM@HAYNESBOONE.COM
(NOTICE OF APPEARANCE)

HAYNES AND BOONE, LLP
2323 VICTORY AVENUE, SUITE 700
ATTN: JAROM YATES
(COUNSEL TO SCOTT Y. WOOD)
DALLAS, TX 75219
FAX: 214-200-0784
EMAIL: JAROM.YATES@HAYNESBOONE.COM
(NOTICE OF APPEARANCE)

KING & SPALDING LLP
1100 LOUISIANA, SUITE 4000
ATTN: EDWARD L. RIPLEY, MARK W. WEGE
ERIC M. ENGLISH
(COUNSEL TO CHEVRON U.S.A., INC. AND UNION OIL
COMPANY OF CALIFORNIA)
HOUSTON, TEXAS 77002
FAX: 713-751-3290
EMAIL: ERIPLEY@KSLAW.COM; MWEGE@KSLAW.COM;
EENGLISH@KSLAW.COM
(NOTICE OF APPEARANCE)

LAW OFFICES OF JUDITH W. ROSS
700 N. PEARL STREET, SUITE 1610
ATTN: NEIL J. ORLEANS
(COUNSEL TO M-I, LLC)
DALLAS, TX 75201
FAX: 214-377-9409
EMAIL: NEIL.ORLEANS@JUDITHWROSS.COM
(NOTICE OF APPEARANCE)