Jeffrey N. Pomerantz
Robert J. Feinstein
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email: jpomerantz@pszjlaw.com
        rfeinstein@pszjlaw.com

Jason R. Searcy
SEARCY & SEARCY P.C.
446 Forest Square
P.O. Box 3929
Longview, TX 75606
Telephone: (903) 757-3399
Facsimile:  (903-757-9559
Email: jsearcy@jrsearcylaw.com

*Proposed Counsel to the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No. 15-31858-hdh-11 |
| | § | |

**AMENDED NOTICE OF DEPOSITION**

TO: ERG Intermediate Holdings, LLC and the above-captioned debtors (collectively, the "Debtors") c/o Jones Day, Attention Tom A. Howley, 717 Texas Avenue, Suite 3300, Houston, Texas 77002; Jones Day, Attention Brad B. Erens, Joseph A. Florczak, 77 West Wacker, Chicago, Illinois 60601.

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, made applicable by Federal Rules of Bankruptcy Procedure 7026, 7030 and 9014, the Official Committee of Unsecured Creditors (the "Committee"), through its attorneys, will take the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385).  The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002.  The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309.

depositions upon oral examination of the witnesses identified below relating to (a) *Motion of the Debtors for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief* (Docket No. 20); (b) *Motion for Entry of Interim and Final Orders Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to (I) Use Cash Collateral of the Pre-Petition Financing and (II) Provide Adequate Protection to the Pre-Petition Secured Parties, (B) Prescribing Form and Manner of Notice and Scheduling Final Hearing and (c) Granting Related Relief* (Docket No. 15), and (c) *Motion of the Official Committee of Unsecured Creditors to Transfer Venue* (Docket No. 94).  The depositions will take place before a court reporter and telephonically by calling (805) 309-2350 then enter Conference ID 90272, and will be recorded by stenographic means, may be videotaped, and shall continue from day to day until they have been completed:

| | |
|---|---|
| Kelly Plato | 10:00 a.m. Central Time |
| Becky Roof | 2:00 p.m. Central Time |

The depositions shall take place on Tuesday, May 26, 2015, at the offices of Jones Day, 717 Texas Avenue, Suite 3300, Houston, Texas, or at such other time, date and location as the parties may agree.

Dated: May 21, 2015

*/s/ Jason R. Searcy*
Jason R. Searcy
SEARCY & SEARCY P.C.
446 Forest Square
P.O. Box 3929
Longview, TX 75606
Telephone:  (903) 757-3399
Facsimile:   (903) 757-9559
Email:  jsearcy@jrsearcylaw.com

Jeffrey N. Pomerantz
Robert J. Feinstein
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, California 90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0706
Email:  jpomerantz@pszjlaw.com
           rfeinstein@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*