### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No.: 15-31858-hdh-11 |
| | § | |
| | § | |

_____

### <u>NOTICE OF FILING OF SERVICE LIST AS OF MAY 25, 2015</u>

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

Pursuant to paragraph 2 of the Order Granting Complex Chapter 11 Bankruptcy Case Treatment (Docket No. 61) (the "Complex Case Order"), the claims and noticing agent in the above-captioned chapter 11 cases, Epiq Bankruptcy Solutions, LLC ("Epiq"), has updated the Initial Service List (as defined in the Complex Case Order). A copy of the updated Revised Service List, current as of May 25, 2015 is attached hereto.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (7946). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

Copies of the Complex Case Order and the current Revised Service List

may be obtained from the Court's website at http://www.txnb.uscourts.gov or, free of

charge, at http://dm.epiq11.com/ERG.

Dated:  May 25, 2015
        Dallas, Texas

By: /s/  Tom A. Howley

Tom A. Howley
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
tahowley@jonesday.com

Brad B. Erens
Joseph A. Florczak
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone:  (312) 782-3939
bberens@jonesday.com
jflorczak@jonesday.com

PROPOSED ATTORNEYS FOR DEBTORS

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 25, 2015

JONES DAY
717 TEXAS AVENUE, SUITE 3300
ATTN: TOM A. HOWLEY
HOUSTON, TX 77002
EMAIL: TAHOWLEY@JONESDAY.COM
(COUNSEL TO DEBTORS)

JONES DAY
77 WEST WACKER
ATTN: BRAD B. ERENS & JOSEPH A. FLORCZAK
CHICAGO, IL 60601
EMAIL: BBERENS@JONESDAY.COM;
JFLORCZAK@JONESDAY.COM
(COUNSEL TO DEBTORS)

WHITE AND CASE, LLP
ATTN: ROBERTO KAMPFNER & CRAIG H. AVERCH
633 WEST FIFTH STREET, SUITE 1900
LOS ANGELES, CA 90071-2007
FAX: 213-452-2329
EMAIL: RKAMPFNER@WHITECASE.COM
(COUNSEL TO CLMG CORP., ADMINISTRATIVE AGENT)

WHITE AND CASE, LLP
ATTN: THOMAS E LAURIA
SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BLVD, SUITE 4900
MIAMI, FL 33131-2352
FAX: 305-358-5744
EMAIL: TLAURIA@WHITECASE.COM
(COUNSEL TO CLMG CORP., ADMINISTRATIVE AGENT)

OFFICE OF THE U. S. TRUSTEE
ATTN: WILLIAM T. NEARY, US TRUSTEE
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75242
FAX: 214-767-8971
EMAIL: USTP.REGION06@USDOJ.GOV
(U.S. TRUSTEE)

PACHULSKI STANG ZIEHL & JONES LLP
10100 SANTA MONICA BLVD, 13TH FLOOR
ATTN: JEFFERY N. POMERANTZ & SHIRLEY S. CHO
(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS)
LOS ANGELES, CA 90067-4100
FAX: 310-201-0760
EMAIL:
JPOMERANTZ@PSZJLAW.COM;SCHO@PSZJLAW.COM
(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS)

PACHULSKI STANG ZIEHL & JONES LLP
780 THIRD AVENUE, 34TH FLOOR
ATTN: ROBERT J. FEINSTEIN & MARIA A. BOVE
NEW YORK, NY 10017
FAX: 212-561-7777
EMAIL:
RFEINSTEIN@PSZJLAW.COM;MBOVE@PSZJLAW.COM
(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS)

SEARCY & SEARCY P.C.
446 FOREST SQUARE, P.O. BOX 3929
ATTN: JASON R. SEARCY
LONGVIEW, TX 75606
FAX: 903-757-9559
EMAIL: JSEARCY@JRSEARCYLAW.COM
(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS)

BAKER PETROLITE CORPORATION
C/O CHRISTOPHER J. RYAN
2929 ALLEN PARKWAY, SUITE 2100
HOUSTON, TX 77019
EMAIL: CHRIS.RYAN@BAKERHUGHES.COM
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)

CYNTHIA GARCIA
1901 TRUXTUN AVENUE
BAKERSFIELD, CA 93301
EMAIL: SNICHOLS@YOUNGNICHOLS.COM
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 25, 2015

MMI SERVICES, INC.
C/O STEVE MCGOWAN
4042 PATTON WAY
BAKERSFIELD, CA 93308-5030
EMAIL: STEVE@MMI-SERVICES.COM
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)

PACIFIC PETROLEUM CALIFORNIA, INC.
C/O JOHN HOCHLEUTNER
1615 E. BETTERAVIA ROAD
SANTA MARIA, CA 93454
EMAIL: JOHNSUMMER@PPCINC.BIZ
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)

SCS ENGINEERS
C/O RICHARD S. BEDELL
11260 ROGER BACON DRIVE, SUITE 300
RESTON, VA 20190
EMAIL: RBEDELL@SCSENGINEERS.COM
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)

CENTRAL COAST PIPING PRODUCTS
801 MAULHARDT AVENUE
OXNARD, CA 93030
FAX: 805-485-7881
EMAIL: KEVIN@JUSTPIPE.COM
(TOP 20)

CHEVRON U.S.A., INC.
ATTN: DAVID SINGER, ASST SECRETARY
1400 SMITH STREET
HOUSTON, TX 77002
FAX: 866-741-5436
(TOP 20)

CHEVRON U.S.A., INC.
ATTN: REBECCA TRUJILLO
9525 CAMINO MEDIA
BAKERSFIELD, CA 93311
FAX: 805-546-6900
EMAIL: RTRU@CHEVRON.COM
(TOP 20)

CHEVRON U.S.A., INC.
GENERAL COUNSEL'S OFFICE
ATTN: BANKRUPCTY MATTERS
6001 BOLLINGER CYN ROAD, BLDG T
SAN RAMON, CA 94583
FAX: 925-842-2846
EMAIL: ARMS@CHEVRON.COM
(TOP 20)

CONSTRUCTION SPECIALTY SERVICE, INC.
4550 BUCK OWENS BLVD
BAKERSFIED, CA 93308
FAX: 661-663-7077
EMAIL: SFENTON@CSSINCORP.BIZ
(TOP 20)

DLA PIPER LLP (US)
1000 LOUISIANA STREET, SUITE 2800
HOUSTON, TX 77002-5005
FAX: 713-300-6045
EMAIL: JACK.LANGLOIS@DLAPIPER.COM
(TOP 20)

DOWDEN ELECTRICAL SERVICE
ATTN: TIA DOWDEN
509 HILLTOP COURT
TAFT, CA 932608
EMAIL: DOWDENELECTRICAL@GMAIL.COM
(TOP 20)

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 25, 2015

DRILTEK INC
ATTN: SUSAN BAILEY
901 TOWER WAY, SUITE 102
BAKERSFIELD, CA 93309
FAX: 661-327-4150
EMAIL: SUSAN.BAILEY@DRILTEK.COM
(TOP 20)

ELECTRICAL SOLUTIONS CORP
2368 EASTMAN AVENUE
SUITE 13
VENUTRA, CA 93003
FAX: 805-658-0868
EMAIL: ESC@ESCVENTURA.COM
(TOP 20)

ENGEL & GRAY INC
745 WEST BETTERAVIA ROAD
P.O. BOX 5020
SANTA MARIA, CA 93456-5020
FAX: 805-925-8023
EMAIL: SALES@ENGELANDGRAY.COM
(TOP 20)

HOLLISTER & BRACE, PC
ATTORNEYS AT LAW
1126 SANTA BARBARA STREET
SANTA BARBARA, CA 93102
FAX: 805-688-3587 / 805-965-0329
EMAIL: HBLAW@HBSB.COM
(TOP 20)

M M I SERVICES, INC.
ATTN: ROXANNE CAMPBELL
4042 PATTON WAY
BAKERSFIELD, CA 93308-5030
FAX: 661-589-2080
EMAIL: RCAMPBELL@MMI-SERVICES.COM
(TOP 20)

MACQUARIE GROUP
ATTN: GENERAL COUNSEL
125 WEST 55TH STREET
NEW YORK, NY 10019
FAX: 312-756-3810
EMAIL: MICK.SOLIMENE@MACQUARIE.COM
(TOP 20)

P C MECHANICAL INC
2803 INDUSTRIAL PARKWAY
SANTA MARIA, CA 93455
FAX: 805-925-6168
EMAIL: LPARKER@PCMECHANICAL.COM
(TOP 20)

PACIFIC GAS & ELECTRIC
C/O BANKRUPTCY DEPARTMENT
8110 LORRAINE AVENUE
STOCKTON, CA 95210
FAX: 1-415-973-8719
EMAIL: PRH5@PGE.COM
(TOP 20)

PACIFIC PETROLEUM CALIFORNIA, INC.
1615 E. BETTERAVIA ROAD
SANTA MARIA, CA 93454
FAX: 805-925-0884
EMAIL: INFO@PPCINC.BIZ
(TOP 20)

PAT PHELAN CONSTRUCTION
235 PHELAN RANCH WAY
ARROYO GRANDE, CA 93420
FAX: 805-473-5918
EMAIL: PATPHELANCONSTRUCTION@YAHOO.COM;
PATSY@PHELANINC.COM
(TOP 20)

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 25, 2015

QUINN PUMPS CA, INC
ATTN: AMANDA NEIGUM
300A ROCKLITE RD.
VENTURA, CA 93001
FAX: 432-687-2997
EMAIL: ANEIGUM@QUINNPUMPS.COM
(TOP 20)

SCS ENGINEERS
3900 KILROY AIRPORT WAY
SUITE 100
LONG BEACH, CA 90806
FAX: 760-744-8616
EMAIL: SERVICE@SCSENGINEERS.COM
(TOP 20)

SIMPSON THACHER & BARTLETT LLP
2 HOUSTON CENTER - SUITE 1475
909 FANNIN STREET
HOUSTON, TX 77010
FAX: 1-713-821-5602
EMAIL: RRABALAIS@STBLAW.COM
(TOP 20)

SPEED'S OIL TOOL SERVICE INC
ATTN: CHERYL WETTA
1573 E. BETTERAVIA ROAD
SANTA MARIA, CA 93456
FAX: 805 925-3274
EMAIL: CHERYL@SPEEDSOIL.COM
(TOP 20)

WEST COAST WELDING & CONSTR. INC.
ATTN: KASSANDRA ARAMBUOA
2201 CELSIUS AVE. STE. B
OXNARD, CA 93030-5183
FAX: 805-604-1566
EMAIL: KASSANDRA@WESTCOASTWELDING.NET
(TOP 20)

CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC
ATTN: J. ROBERT ARNETT II
(COUNSEL TO ANDREW T. LOTT, D.V.M.)
8150 N. CENTRAL EXPRESSWAY, SUITE 500
DALLAS, TX 7506
FAX: 214-550-8185
EMAIL: BARNETT@CARTERSCHOLER.COM
(NOTICE OF APPEARANCE)

GERALD M. LEVERETT, ESQ.
(COUNSEL TO MMI SERVICES, INC.)
1830 TRUXTUN AVENUE SUITE 212
BAKERSFIELD, CA 93301
FAX: 661-324-4960
EMAIL: GLEVERETT@GERALDLEVERETT.COM
(NOTICE OF APPEARANCE)

HAYNES AND BOONE, LLP
1221 MCKINNEY, SUITE 2100
ATTN: CHARLES A. BECKHAM, JR.
(COUNSEL TO SCOTT Y. WOOD)
HOUSTON, TX 77010
FAX: 713-547-2600
EMAIL: CHARLES.BECKHAM@HAYNESBOONE.COM
(NOTICE OF APPEARANCE)

HAYNES AND BOONE, LLP
2323 VICTORY AVENUE, SUITE 700
ATTN: JAROM YATES
(COUNSEL TO SCOTT Y. WOOD)
DALLAS, TX 75219
FAX: 214-200-0784
EMAIL: JAROM.YATES@HAYNESBOONE.COM
(NOTICE OF APPEARANCE)

HAYNES AND BOONE, LLP
ATTN: CHARLES A. BECKHAM, JR.
1221 MCKINNEY, SUITE 2100
(COUNSEL TO CTS PROPERTIES, LTD.)
HOUSTON, TX 77010
FAX: 713-547-2600
EMAIL: CHARLES.BECKHAM@HAYNESBOONE.COM
(NOTICE OF APPEARANCE)

In re: ERG Intermediate Holdings, L.L.C., et al. - Service List Dated May 25, 2015

HAYNES AND BOONE, LLP
ATTN: JAROM YATES
2323 VICTORY AVENUE, SUITE 700
(COUNSEL TO CTS PROPERTIES, LTD.)
DALLAS, TX 75219
FAX: 214-200-0784
EMAIL: JAROM.YATES@HAYNESBOONE.COM
(NOTICE OF APPEARANCE)

JONES, FOSTER, JOHNSTON & STUBBS, P.A.
ATTN: ALLEN R. THOMPSON
505 SOUTH FLAGLER DRIVE, SUITE 1100 (SUITE 33401)
P.O. BOX 3475
(COUNSEL TO CTS PROPERTIES, LTD.)
WEST PALM BEACH, FL 33402-3475
FAX: 561-650-5300
EMAIL: ATOMLINSON@JONESFOSTER.COM
(NOTICE OF APPEARANCE)

KING & SPALDING LLP
1100 LOUISIANA, SUITE 4000
ATTN: EDWARD L. RIPLEY, MARK W. WEGE
ERIC M. ENGLISH
(COUNSEL TO CHEVRON U.S.A., INC. AND UNION OIL
COMPANY OF CALIFORNIA
HOUSTON, TX 77002
FAX: 713-751-3290
EMAIL: ERIPLEY@KSLAW.COM; MWEGE@KSLAW.COM;
EENGLISH@KSLAW.COM
(NOTICE OF APPEARANCE)

LAW OFFICES OF JUDITH W. ROSS
700 N. PEARL STREET, SUITE 1610
ATTN: NEIL J. ORLEANS
(COUNSEL TO M-I, LLC)
DALLAS, TX 75201
FAX: 214-377-9409
EMAIL: NEIL.ORLEANS@JUDITHWROSS.COM
(NOTICE OF APPEARANCE)

PORTER HEDGES LLP
1000 MAIN STREET, 36TH FLOOR
ATTN: JOSHUA W. WOLFSHOHL
(COUNSEL TO PAREX RESOURCES ET AL.)
HOUSTON, TX 77002
FAX: 713-226-6695
EMAIL: JWOLFSHOHL@PORTERHEDGES.COM;
JAYCOCK@PORTERHEDGES.COM
(NOTICE OF APPEARANCE)