Bradford F. Ginder, SBN 065929
**HOLLISTER & BRACE,**
A Professional Corporation
1126 Santa Barbara Street
Santa Barbara, CA 93101
Telephone: (805) 963-6711
Facsimile: (805) 965-0329

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

### DALLAS DIVISION

| | |
|---|---|
| In re<br><br>ERG Intermediate Holdings, LLC | Case No. 15-31858-hdh-11<br><br>Chapter 11<br><br>JOINDER IN MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO TRANSFER VENUE<br><br>Date: June 1, 2015<br>Time: 9:00 a.m.<br>Place: 1100 Commerce Street, 14th Floor<br>Courtroom #3<br>Dallas, Texas |

Hollister & Brace ("H&B") hereby joins in the *Motion of the Official Committee of Unsecured Creditors to Transfer Venue* ("Venue Transfer Motion") [Docket No. 94] filed by the Official Committee of Unsecured Creditors on May 15, 2014, and respectfully represents as follows:

1.   H&B is listed as the eighth largest creditor on the *Consolidated List of Creditors Holding 20 Largest Claims* filed by the debtors and debtors in possession (the "Debtors") in the above-captioned cases (the "Cases").

2.   H&B holds a claim against the Debtors in the amount of $349,258.72, plus interest, as of the date the Debtors commenced these Cases, and maintains its headquarters at 1126 Santa Barbara Street, Santa Barbara, California 93101.

1

3. For all of the reasons set forth in the Venue Transfer Motion, H&B respectfully requests that this Court transfer these Cases to the United States Bankruptcy Court for the Central District of California, Northern Division.

Dated: May 26, 2015

HOLLISTER & BRACE,
A Professional Corporation

By: _____
Bradford F. Ginder,
Creditor Hollister & Brace

## AFFIDAVIT OF SERVICE

Susan Meza, being duly sworn according to law, deposes and says that she is employed by Hollister & Brace, an that on the 26th day of May, 2015, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**JOINDER IN MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO TRANSFER VENUE**

_____
Susan Meza

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

---

State of California

County of Santa Barbara

Subscribed and sworn to (or affirmed) before me on this 26th day of May, 2015, by Susan Meza, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Monica M. Ziemer

MONICA M. ZIEMER
Commission # 2075534
Notary Public - California
Santa Barbara County
My Comm. Expires Aug 20, 2018

(seal)

| VIA EMAIL & U.S. MAIL ||
|---|---|
| JONES DAY<br>Tom A. Howley<br>717 Texas Avenue, Suite 3300<br>Houston, TX 77002<br>tahowley@jonesday.com | JONES DAY<br>Brad B. Erens<br>77 West Wacker<br>Chicago, IL 60601<br>bberens@jonesday.com |
| JONES DAY<br>Joseph A. Florczak<br>77 West Wacker<br>Chicago, IL 60601<br>jflorczak@jonesday.com | WHITE AND CASE, LLP<br>Roberto Kampfner<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071-2007<br>rkampfner@whitecase.com |
| WHITE AND CASE, LLP<br>Thomas E. Lauria<br>200 S. Biscayne Blvd., Suite 4900<br>Miami, FL 33131-2352<br>tlauria@whitecase.com | Office of the U.S. Trustee<br>William T. Neary, U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242<br>ustp.region06@usdoj.gov |
| WHITE AND CASE, LLP<br>Craig H. Averch<br>633 West Fifth Street, Suite 1900<br>Los Angeles, CA 90071-2007<br>caverch@whitecase.com | Haynes and Boone, LLP<br>Charles A. Beckham, Jr.<br>1221 McKinney, Suite 2100<br>Houston, TX 77010<br>charles.beckham@haynesboone.com |
| Haynes and Boone, LLP<br>Jarom Yates<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 752219<br>jarom.yates@haynesboone.com | Gerald M. Leverett, Esq.<br>1830 Truxton Avenue, Suite 212<br>Bakersfield, CA 93301<br>gleverett@geraldleverett.com |
| Law Offices of Judith W. Ross<br>Neil J. Orleans<br>700 N. Pearl Street, Suite 1610<br>Dallas, TX 75201<br>Deil.orleans@judithwross.com | |