1 COUNTY OF KERN, STATE OF CALIFORNIA
c/o Treasurer/Tax Collector's Office
Attn: Bankruptcy Division
2 P.O. Box 579
Bakersfield, CA 93302-0579
3 Telephone: 661-868-3431
4 E-Mail: bankruptcy@co.kern.ca.us

5 Creditor

**FILED**
MAY 26 2015
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

6 UNITED STATES BANKRUPTCY COURT
Northern District of Texas
7

| | |
|---|---|
| 8 In re | Case No. 15-31858 |
| 9 Debtor<br>ERG Operating Company, LLC | Chapter 11 |
| 10    Debtor. | |
| 11 Address:  4900 California Avenue Suite 300B | REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS |
| 12 Bakersfield, CA 93309<br>City, State Zip: | |
| 13 | |

14 Tax ID:

15
16 NOTICE IS HEREBY GIVEN that Jordan Kaufman, Treasurer/Tax Collector for the
17 County of Kern, by Salina Thomas, , serves as claims representative for the County of
18 Kern, a creditor and a party in interest in the above captioned bankruptcy case.  This
19 office hereby requests that the Office of the Treasurer/Tax Collector be added to the
20 master mailing list.  Pursuant to the provisions of the Bankruptcy Code and Federal
21 Rules of Bankruptcy Procedure, including without limitation 11 U.S.C. section 1109(b)
22 and Rules 2002, 3017, 4001, 7004, 9007, 9013 and 9022, the undersigned hereby
23 requests that special notice of all matters that may come before the Court be made as
24 follows:
25
26
27                                                              1
28

1
2  KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE
   ATTN: BANKRUPTCY DIVISION
   c/o Salina Thomas
3  P.O. BOX 579
   BAKERSFIELD, CA 93302-0579
4  Email: bankruptcy@co.kern.ca.us

5       The foregoing request includes all mailing lists, matrices, notices and papers
6 referred to in Rule 2002, 3017, 4001, 7004, and 9007, and any other documents
7 brought before the Court in this case, including, without limitation, notices of any orders,
8 applications, complaints, demands, hearings, motions, petitions, pleadings, or requests,
9 plans, disclosure statements.

10       This Request for Notices is submitted for the limited purpose of receiving copies
11 of notices, pleadings, judgments and orders in this case.  By submitting this notice of
12 appearance and request for notice, the County of Kern is not consenting to or
13 submitting to the jurisdiction of the Bankruptcy Court for any purpose, and the County of
14 Kern expressly reserves the right to contest the jurisdiction of the Bankruptcy Court
15 and/or to demand a jury trial in any matter or proceeding to which the County of Kern
16 may be a party.  This notice shall not be deemed or construed to be a waiver of rights to
17 any action, defense, setoff or recoupment that may be available in law or in equity and
18 any such rights are expressly reserved.
19
20 Dated: 05/20/2015

21                                       Respectfully submitted,
22                                       JORDAN KAUFMAN, TREASURER/TAX COLLECTOR
23
24                               By _____
                                 Salina Thomas
25                                   Kern County Treasurer and Tax Collector Office
26
27                                             - 2 -
28

1  COUNTY OF KERN, STATE OF CALIFORNIA

2  c/o Treasurer/Tax Collector's Office
   Attn: Bankruptcy Division
3  P.O. Box 579
   Bakersfield, CA 93302-0579
4  Telephone: 661-868-3431
   E-Mail: bankruptcy@co.kern.ca.us
5

6  Creditor

7

8               UNITED STATES BANKRUPTCY COURT

9                   Northern District of Texas

10

11 In re                           )    Case No.
                                   )    15-31858
12 Debtor                          )
   ERG Operating Company, LLC      )    Chapter 11
13                     Debtor.     )
                                   )    PROOF OF SERVICE OF
14 Address: 4900 California Avenue Suite )   REQUEST FOR NOTICE OF ALL
   300B                            )    PLEADINGS AND HEARINGS
15 Bakersfield, CA  93309          )
                                   )
16 Tax ID:                         )

17

18 / / /

19 / / /

20 / / /

21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

1

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of Kern. I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, 2nd Floor, Bakersfield, California 93301-4639.

On May 20, 2015, I served the within REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Bakersfield, California addressed to those parties on the attached sheet.

__X__ **BY REGULAR MAIL:** I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on the same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, Angelica Leon, declare that I am employed in the office of the Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on May 20, 2015, at Bakersfield, California.

_/s/ Angelica Leon_
Angelica Leon
Fiscal Support Specialist
Kern County Treasurer and Tax Collector Office

**Service List**

**Attorney**
Tom A. Howley
Jones Day
77 Texas Avenue Suite 3300
Houston, TX 77002