# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No.: 15-31858-hdh-11 |
| | § | |
| | § | **Ref. Docket Nos. 149-151 and 159** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a) "Notice of Filing of Exhibits to Motion," *relating to the Motion of the Debtors for Entry of Orders: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief [Docket No. 20]*, dated May 25, 2015 [Docket No. 149], (the "Sale Motion Exhibits NOF"),

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

T:\Clients\ERGRES\Affidavits\NOF Exh Mtn, NOF Amd Exh, NOF SL, Response Opposition Mtn_DI 149-151 & 159_AFF_5-25-15 & 5-26-15_KH.doc

b) "Notice of Filing of Amended Exhibit to Motion," *relating to the Motion for Entry of Interim and Final Orders Pursuant To Sections 361, 362, 363 and 364 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to (I) Use Cash Collateral of the Pre-Petition Secured Parties, (II) Obtain Post-Petition Financing and (III) Provide Adequate Protection to the Pre-Petition Secured Parties, (B) Prescribing Form and Manner of Notice of and Scheduling Final Hearing and (C) Granting Related Relief [Docket No. 15]*, dated May 25, 2015 [Docket No. 150], (the "DIP Motion Amended Exhibit NOF"),

c) "Notice of Filing of Service List as of May 25, 2015," dated May 25, 2015 [Docket No. 151], (the "Service List NOF"), and

d) "Debtors' Response in Opposition to Motion of the Official Committee of Unsecured Creditors to Transfer Venue," dated May 26, 2015 [Docket No. 159], (the "Response to Transfer Venue"),

by causing true and correct copies of the:

i. Sale Motion Exhibits NOF and DIP Motion Amended Exhibit NOF, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on May 25, 2015,

ii. Sale Motion Exhibits NOF, DIP Motion Amended Exhibit NOF, Service List NOF and Response to Transfer Venue, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, on May 26, 2015,

iii. Service List NOF and Response to Transfer Venue, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on May 26, 2015, and

iv. Sale Motion Exhibits NOF, DIP Motion Amended Exhibit NOF, Service List NOF and Response to Transfer Venue, to be delivered via facsimile to the following party: *Pacific Gas & Electric, Bankruptcy Department, 866-283-0730*, on May 26, 2015.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                            */s/ Carol Zhang*

Sworn to before me this                                        Carol Zhang
27th day of May, 2015
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

| NAME | DESCRIPTION | EMAIL |
|---|---|---|
| OFFICE OF THE U. S. TRUSTEE, Attn: William T. Neary, United States Trustee | US Trustee | ustp.region06@usdoj.gov |
| White and Case, LLP, Attn: Roberto Kampfner | Counsel to CLMG Corp, Administrative Agent | rkampfner@whitecase.com |
| White and Case, LLP, Attn: Tom Lauria | Counsel to CLMG Corp, Administrative Agent | tlauria@whitecase.com |
| White and Case, LLP, Attn: Craig H. Averch | Counsel to CLMG Corp, Administrative Agent | caverch@whitecase.com |
| Haynes and Boone, LLP, Attn: Charles A. Beckham, Jr. | Counsel to Scott Y. Wood | charles.beckham@haynesboone.com |
| Haynes and Boone, LLP, Attn: Jarom Yates | Counsel to Scott Y. Wood | jarom.yates@haynesboone.com |
| Gerald M. Leverett, Esq. | Counsel to MMI Services | gleverett@geraldleverett.com |
| Law Offices of Judith W. Ross, Attn: Neil J. Orleans | Counsel to M-I, LLC | neil.orleans@judithwross.com |
| Baker Petrolite Corporation, Attn: Christopher J. Ryan | Official Committee of Unsecured Creditors | chris.ryan@bakerhughes.com |
| Cynthia Garcia | Official Committee of Unsecured Creditors | snichols@youngnichols.com |
| MMI Services, Inc., Attn: Steve McGowan | Official Committee of Unsecured Creditors | steve@mmi-services.com |
| Pacific Petroleum California, Inc., Attn: John Hochleutner | Official Committee of Unsecured Creditors | johnsummer@ppcinc.biz |
| SCS Engineers | Official Committee of Unsecured Creditors | rbedell@scsengineers.com |
| Pachulski Stang Ziehl & Jones LLP Attn: Robert J. Feinstein & Maria A. Bove | Counsel to Official Committee of Unsecured Creditors (Proposed) | rfeinstein@pszjlaw.com;mbove@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP Attn: Jeffrey N. Pomerantz & Shirley S. Cho | Counsel to Official Committee of Unsecured Creditors (Proposed) | jpomerantz@pszjlaw.com;scho@pszjlaw.com |
| Searcy & Searcy Attn: Jason R. Searcy | Counsel to Official Committee of Unsecured Creditors (Proposed) | jsearcy@jrsearcylaw.com |
| King & Spalding, LLP Attn: Mark W. Wege, Edward L. Ripley, Eric M. English | Counsel to Chevron U.S.A., Inc. and Union Oil Company of California | mwege@kslaw.com;eripley@kslaw.com; eenglish@kslaw.com |
| Porter Hedges LLP | Counsel to Parex Resources, Inc., Parex Resources (Bermuda), Ltd. and Ramshorn International Limited | jwolfshohl@porterhedges.com; jaycock@porterhedges.com |
| Carter Scholer Arnett Hamada & Mockler, PLLC-Attn: J. Robert Arnett II | Counsel to Andrew T. Lott, D.V.M. | barnett@carterscholer.com |
| Haynes and Boone, LLP, Attn: Charles A. Beckham, Jr. | Counsel for CTS Properties, Ltd. | charles.beckham@haynesboone.com |
| Haynes and Boone, LLP, Attn: Jarom Yates | Counsel for CTS Properties, Ltd. | jarom.yates@haynesboone.com |
| Jones, Foster, Johnston & Stubbs, P.A., Attn: Allen R. Tomlinson | Counsel for CTS Properties, Ltd. | atomlinson@jonesfoster.com |

| NAME | CONTACT | EMAIL |
| --- | --- | --- |
| Chevron U.S.A., Inc. | Rebecca Trujillo | rtru@chevron.com |
| Chevron U.S.A., Inc. | General Counsel's Office | arms@chevron.com |
| Pacific Petroleum California, Inc. | | info@ppcinc.biz |
| M M I Services, Inc. | Roxanne Campbell | rcampbell@mmi-services.com |
| Construction Specialty Service, Inc. | | sfenton@cssincorp.biz |
| Pat Phelan Construction | | patphelanconstruction@yahoo.com; patsy@phelaninc.com |
| West Coast Welding & Constr. Inc. | Kassandra Arambuoa | kassandra@westcoastwelding.net |
| DLA Piper LLP (US) | Jack Langlois | jack.langlois@dlapiper.com |
| Hollister & Brace, PC | | hblaw@hbsb.com |
| SCS Engineers | | service@scsengineers.com |
| Central Coast Piping Products | | kevin@justpipe.com |
| Speed's Oil Tool Service Inc | Cheryl Wetta | cheryl@speedsoil.com |
| P C Mechanical Inc | | lparker@pcmechanical.com |
| Quinn Pumps CA, Inc | Amanda Neigum | aneigum@quinnpumps.com |
| Dowden Electrical Service | Tia Dowden | dowdenelectrical@gmail.com |
| Macquarie Group | General Counsel | mick.solimene@macquarie.com |
| Driltek Inc | Susan Bailey | susan.bailey@driltek.com |
| Electrical Solutions Corp | | esc@escventura.com |
| Simpson Thacher & Bartlett LLP | Robert Rene Rabalais | rrabalais@stblaw.com |
| Engel & Gray Inc | | sales@engelandgray.com |
| Baker Petrolite Corporation | Christopher J. Ryan | chris.ryan@bakerhughes.com |
| Cynthia Garcia | | snichols@youngnichols.com |
| MMI Services, Inc. | Steve McGowan | steve@mmi-services.com |
| Pacific Petroleum California, Inc. | John Hochleutner | johnsummer@ppcinc.biz |
| SCS Engineers | Richard S. Bedell | rbedell@scsengineers.com |

**EXHIBIT B**

# ERG INTERMEDIATE HOLDINGS, LLC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CENTRAL COAST PIPING PRODUCTS | 801 MAULHARDT AVENUE OXNARD CA 93030 |
| CHEVRON U.S.A., INC. | ATTN: DAVID SINGER, ASST SECRETARY 1400 SMITH STREET HOUSTON TX 77002 |
| CHEVRON U.S.A., INC. | ATTN: REBECCA TRUJILLO 9525 CAMINO MEDIA BAKERSFIELD CA 93311 |
| CHEVRON U.S.A., INC. | GENERAL COUNSEL'S OFFICE ATTN: BANKRUPCTY MATTERS 6001 BOLLINGER CYN ROAD, BLDG T SAN RAMON CA 94583 |
| CONSTRUCTION SPECIALTY SERVICE, INC. | 4550 BUCK OWENS BLVD BAKERSFIED CA 93308 |
| DLA PIPER LLP (US) | 1000 LOUISIANA STREET, SUITE 2800 HOUSTON TX 77002-5005 |
| DOWDEN ELECTRICAL SERVICE | ATTN: TIA DOWDEN 509 HILLTOP COURT TAFT CA 932608 |
| DRILTEK INC | ATTN: SUSAN BAILEY 901 TOWER WAY, SUITE 102 BAKERSFIELD CA 93309 |
| ELECTRICAL SOLUTIONS CORP | 2368 EASTMAN AVENUE SUITE 13 VENUTRA CA 93003 |
| ENGEL & GRAY INC | 745 WEST BETTERAVIA ROAD P.O. BOX 5020 SANTA MARIA CA 93456-5020 |
| HOLLISTER & BRACE, PC | ATTORNEYS AT LAW 1126 SANTA BARBARA STREET SANTA BARBARA CA 93102 |
| M M I SERVICES, INC. | ATTN: ROXANNE CAMPBELL 4042 PATTON WAY BAKERSFIELD CA 93308-5030 |
| MACQUARIE GROUP | ATTN: GENERAL COUNSEL 125 WEST 55TH STREET NEW YORK NY 10019 |
| OFFICE OF THE U. S. TRUSTEE | ATTN: WILLIAM T. NEARY, US TRUSTEE 1100 COMMERCE STREET, ROOM 976 DALLAS TX 75242 |
| P C MECHANICAL INC | 2803 INDUSTRIAL PARKWAY SANTA MARIA CA 93455 |
| PACHULSKI STANG ZIEHL & JONES LLP | 780 THIRD AVENUE, 34TH FLOOR ATTN: ROBERT J. FEINSTEIN & MARIA A. BOVE (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS ) NEW YORK NY 10017 |
| PACHULSKI STANG ZIEHL & JONES LLP | 10100 SANTA MONICA BLVD, 13TH FLOOR ATTN: JEFFERY N. POMERANTZ & SHIRLEY S. CHO (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) LOS ANGELES CA 90067-4100 |
| PACIFIC GAS & ELECTRIC | C/O BANKRUPTCY DEPARTMENT 8110 LORRAINE AVENUE STOCKTON CA 95210 |
| PACIFIC PETROLEUM CALIFORNIA, INC. | 1615 E. BETTERAVIA ROAD SANTA MARIA CA 93454 |
| PAT PHELAN CONSTRUCTION | 235 PHELAN RANCH WAY ARROYO GRANDE CA 93420 |
| QUINN PUMPS CA, INC | ATTN: AMANDA NEIGUM 300A ROCKLITE RD. VENTURA CA 93001 |
| SCS ENGINEERS | 3900 KILROY AIRPORT WAY SUITE 100 LONG BEACH CA 90806 |
| SEARCY & SEARCY P.C. | 446 FOREST SQUARE, P.O. BOX 3929 ATTN: JASON R. SEARCY (COUNSEL TO COMMITTEE OF UNSECURED CREDITORS) LONGVIEW TX 75606 |
| SIMPSON THACHER & BARTLETT LLP | 2 HOUSTON CENTER - SUITE 1475 909 FANNIN STREET HOUSTON TX 77010 |
| SPEED'S OIL TOOL SERVICE INC | ATTN: CHERYL WETTA 1573 E. BETTERAVIA ROAD SANTA MARIA CA 93456 |
| WEST COAST WELDING & CONSTR. INC. | ATTN: KASSANDRA ARAMBUOA 2201 CELSIUS AVE. STE. B OXNARD CA 93030-5183 |
| WHITE AND CASE, LLP | ATTN: THOMAS E LAURIA SOUTHEAST FINANCIAL CENTER 200 SOUTH BISCAYNE BLVD, SUITE 4900 MIAMI FL 33131-2352 |
| WHITE AND CASE, LLP | ATTN: ROBERTO KAMPFNER & CRAIG H. AVERCH 633 WEST FIFTH STREET, SUITE 1900 LOS ANGELES CA 90071-2007 |

**Total Creditor count 28**