| | |
|---|---|
| Tom A. Howley, State Bar No. 24010115<br>JONES DAY<br>717 Texas Avenue, Suite 3300<br>Houston, Texas 77002<br>Telephone:  (832) 239-3939<br>tahowley@jonesday.com | Brad B. Erens (admitted *pro hac vice*)<br>Joseph A. Florczak (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone:  (312) 782-3939<br>bberens@jonesday.com<br>jflorczak@jonesday.com |

PROPOSED ATTORNEYS FOR DEBTORS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No.: 15-31858-hdh-11 |

**DEBTORS' EXHIBIT LIST**

        The Debtors submit the following exhibit list in connection with the hearing on June 9, 2015 on the Debtors' Motion for Entry of an Order (I) Authorizing the Retention and Employment of AP Services, LLC and (II) Designating Rebecca A. Roof as Chief Restructuring Officer Nunc Pro Tunc to April 30, 2015 (the "AP Services Application") [Docket No. 79]:

| Exhibit No. | Description |
|---|---|
| 1. | "Redline" Showing Proposed Changes to Proposed Order Approving the AP Services Application |
| 2. | Curriculum Vitae of Rebecca A. Roof, Chief Restructuring Officer of ERG Intermediate Holdings, LLC, et al. |
| 3. | Curriculum Vitae of R. Kelly Plato, sole manager of each of the Debtors and Chief Financial Officer of ERG Resources, L.L.C. |

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385).  ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors.  The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002.  The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309.  The above addresses are listed solely for the purposes of notices and communications.

NAI-1500373408v1

Dated: June 5, 2015  
       Dallas, Texas

Respectfully submitted,

/s/   Tom A. Howley

Tom A. Howley  
JONES DAY  
717 Texas Avenue, Suite 3300  
Houston, Texas 77002  
Telephone: (832) 239-3939  
tahowley@jonesday.com

Brad B. Erens  
Joseph A. Florczak  
JONES DAY  
77 West Wacker  
Chicago, Illinois 60601  
Telephone: (312) 782-3939  
bberens@jonesday.com  
jflorczak@jonesday.com

PROPOSED ATTORNEYS FOR DEBTORS