

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 11, 2015

United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No.: 15-31858-hdh-11 |

### ORDER DENYING MOTION OF THE
### OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO TRANSFER VENUE

On June 11, 2015, this Court held a hearing (the "Hearing") regarding the Motion of the Official Committee of Unsecured Creditors (the "Committee") to Transfer Venue [Docket No. 94] (the "Motion"); and the Court having considered (a) the Motion, (b) the joinder

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (7946).
ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

of Hollister & Brace to the Motion [Docket No. 157], (c) the objections filed by the above-captioned debtors (the "Debtors") [Docket No. 159], CLMG Corp. [Docket No. 161] and Chevron U.S.A. Inc. and Union Oil Company of California [Docket No. 164] (collectively, the "Objections") and (d) the Committee's reply to the Objections [Docket No. 227]; and the Court having further considered the arguments of counsel and evidence adduced at the Hearing; and based upon the Court's findings and conclusions on the record on June 11, 2015; it is therefore

**ORDERED** that the Motion is denied with prejudice.

###END OF ORDER###

Submitted by:

Tom A. Howley, State Bar No. 24010115
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
tahowley@jonesday.com

Brad B. Erens
Joseph A. Florczak
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone:  (312) 782-3939
bberens@jonesday.com
jflorczak@jonesday.com

ATTORNEYS FOR THE DEBTORS

NAI-1500382546v1