**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | JOINTLY ADMINISTERED |
| | § | CASE NO. 15-31858-HDH-11 |
| ERG OPERATING COMPANY LLC | § | |
| DEBTORS. | § | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

Please take notice that the undersigned attorneys of the firm of Wilcox Law, PLLC represent Ford Motor Credit Company LLC, a creditor and party in interest in these proceedings, and enter an appearance and demand that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, post office address, and telephone number set forth below, pursuant to Rule 2002 of the Bankruptcy Rules of Procedure.

This Notice of Appearance shall not be construed as designation of the undersigned attorneys as agents for service under Bankruptcy Rules 7004 or 9014(b).

Respectfully submitted,
/s/   Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
Clare Russell
State Bar Number 24070537
Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
(817) 870-1181 Facsimile
swilcox@wilcoxlaw.net
ATTORNEYS FOR FORD MOTOR CREDIT COMPANY LLC

**CERTIFICATE OF SERVICE**

       This is to certify that a true and correct copy of the foregoing Notice of Appearance and Demand for Service of Papers was ELECTRONICALLY FILED on:

Thomas Howley
Jones Day
717 Texas Street, Suite 3300
Houston, TX 77002

United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Dated on July 8, 2015.

                                                /s/ Stephen G. Wilcox
                                                Stephen G. Wilcox,
                                                Clare Russell

1702/34918/391301