UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| ERG INTERMEDIATE | § | JOINTLY ADMINISTERED |
| HOLDINGS, LLC, ET AL[1] | § | |
| | § | CASE NO. 15-31858-HDH-11 |
| DEBTORS. | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing has been set on the following matter on

**Tuesday, August 25, 2015 at 1:30 p.m. (CDT)**, and will be held before the Honorable

Harlin D. Hale, Earle Cabell Building, U.S. Bankruptcy Court, 1100 Commerce Street, 14th

Floor, Dallas, Texas 75242:

1. *Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing Oral Examinations and the Production of Documents by Scott Y. Wood and CTS Properties Ltd.* [Dkt. #391]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street, Suite 4400, Houston, Texas 77002. The mailing address for the ERG Operating Company, LLC is 4900 California Avenue, Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

X:\Files\Cases\ERG Intermediate Holdings, LLC et al\Ch 11 #15-31858 filed 04-30-15\Pleadings\2004 Mtn - Wood & CTS Properties\Notice of Hearing\Ntc of Hrg.wpd

1

        Respectfully submitted,
        **SEARCY & SEARCY, P.C.**

        /s/ Jason R. Searcy
        Jason R. Searcy, State Bar # 17953500
        jsearcy@jrsearcylaw.com
        Joshua P. Searcy, State Bar #24053468
        joshsearcy@jrsearcylaw.com
        Callan C. Searcy, State Bar #24075523
        ccsearcy@jrsearcylaw.com
        P.O. Box 3929
        Longview, Texas 75606
        Tel. 903 757 3399
        Fax. 903 757 9559
        **ATTORNEYS FOR THE OFFICIAL**
        **UNSECURED CREDITORS' COMMITTEE**

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above and foregoing was served by electronic notice on all persons requesting notice under the ECF filing system for the Northern District of Texas, and by U. S. Mail, postage paid, to each interested party shown on the attached service list, on or before July 30, 2015.

        /S/ Jason R. Searcy
        Jason R. Searcy