| | |
|---|---|
| Tom A. Howley, State Bar No. 24010115<br>JONES DAY<br>717 Texas Avenue, Suite 3300<br>Houston, Texas 77002<br>Telephone: (832) 239-3939<br>tahowley@jonesday.com | Brad B. Erens (admitted *pro hac vice*)<br>Joseph A. Florczak (admitted *pro hac vice*)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>bberens@jonesday.com<br>jflorczak@jonesday.com |

ATTORNEYS FOR THE DEBTORS

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No.: 15-31858-hdh-11 |

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 1, 2015 AT 9:00 AM CENTRAL TIME**

**CONTINUED MATTERS:**

1. Debtors' Motion for an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (the "Exclusivity Motion") [Docket No. 402]

    **Related Documents:**

    a. Notice of Hearing of the Exclusivity Motion [Docket No. 444]

    b. Certificate of Service for the Exclusivity Motion [Docket No. 454]

    c. Interim Order Regarding Exclusivity Motion [Docket No. 442]

    d. Second Interim Order Regarding Exclusivity Motion [to be docketed]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

NAI-1500512555v1

**Status**:  This matter is continued to September 21, 2015.

**MATTERS GOING FORWARD:**

1. Emergency Motion Of The Debtors For Interim And Final Orders (A) Approving Third Amendment To DIP Facility And (B) Amending Final DIP Order [Docket No. 460]

    **Related documents:**

    a. Motion For Order Expediting Consideration Of, And Shortening The Notice Period Applicable To, The Emergency Motion Of The Debtors For Interim And Final Orders (A) Approving Third Amendment To DIP Facility And (b) Amending Final DIP Order [Docket No. 461]

    b. Notice of Hearing on Emergency Motion Of The Debtors For Interim And Final Orders (A) Approving Third Amendment To DIP Facility And (B) Amending Final DIP Order [Docket No. 466]

    c. Order Motion For Order Expediting Consideration Of, And Shortening The Notice Period Applicable To, The Emergency Motion Of The Debtors For Interim And Final Orders (A) Approving Third Amendment To DIP Facility And (b) Amending Final DIP Order [Docket No. 467]

    **Status**:  This matter is going forward.

Dated:  August 31, 2015
Dallas, Texas

Respectfully submitted,

  /s/   Tom A. Howley
Tom A. Howley
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas 77002
Telephone:  (832) 239-3939
tahowley@jonesday.com

Brad B. Erens
Joseph A. Florczak
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone:  (312) 782-3939
bberens@jonesday.com
jflorczak@jonesday.com

ATTORNEYS FOR THE DEBTORS