**Exhibit A**

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| | August 31, 2015 |
| JNP | Invoice    110830 |
| | Client      20304 |
| | Matter     00002 |
| | **JNP** |

RE:   Committee Representation

_____

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   08/31/2015

| | |
|---|---:|
| FEES | $83,524.00 |
| EXPENSES | $2,866.84 |
| **TOTAL CURRENT CHARGES** | **$86,390.84** |
| **BALANCE FORWARD** | **$225,639.54** |
| **A/R Adjustments** | **-$358.00** |
| **TOTAL BALANCE DUE** | **$311,672.38** |

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: 2 |
| ERG Resources O.C.C. | | Invoice 110830 |
| 20304   00002 | | August 31, 2015 |

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AC | Avoidance Actions | 8.90 | $8,199.50 |
| AD | Asset Disposition [B130] | 0.30 | $298.50 |
| CA | Case Administration [B110] | 3.50 | $1,277.50 |
| CPO | Comp. of Prof./Others | 1.70 | $1,160.50 |
| FN | Financing [B230] | 0.50 | $497.50 |
| GC | General Creditors Comm. [B150] | 1.20 | $1,107.00 |
| HE | Hearing | 5.00 | $4,975.00 |
| NT | Non-Working Travel | 13.20 | $6,257.00 |
| PC | PSZ&J Compensation | 2.60 | $835.00 |
| PD | Plan & Disclosure Stmt. [B320] | 65.90 | $58,916.50 |
| | | 102.80 | $83,524.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| JAM | Morris, John A. | Partner | 875.00 | 10.80 | $9,450.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 447.50 | 6.20 | $2,774.50 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 11.60 | $10,382.00 |
| MB | Bove, Maria A. | Counsel | 725.00 | 20.10 | $14,572.50 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 5.80 | $1,769.00 |
| RJF | Feinstein, Robert J. | Partner | 497.50 | 7.00 | $3,482.50 |
| RJF | Feinstein, Robert J. | Partner | 995.00 | 41.30 | $41,093.50 |
| | | | | 102.80 | $83,524.00 |

## Summary of Expenses

| Description | Amount |
|---|---|
| Federal Express [E108] | $24.47 |
| Postage [E108] | $67.77 |

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page:     3 |
| ERG Resources O.C.C. | Invoice 110830 |
| 20304    00002 | August 31, 2015 |

### Summary of Expenses

| Description | Amount |
|---|---:|
| Reproduction Expense [E101] | $337.60 |
| Reproduction/ Scan Copy | $51.60 |
| Transcript [E116] | $2,385.40 |
| | $2,866.84 |

Pachulski Stang Ziehl & Jones LLP Page: 4
ERG Resources O.C.C. Invoice 110830
20304 00002 August 31, 2015

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Avoidance Actions** | | | | | | |
| 08/05/2015 | RJF | AC | Telephone conference Judy Ross regarding Wood Rule 2004 motion. | 0.20 | 995.00 | $199.00 |
| 08/19/2015 | RJF | AC | Review Wood objection to 2004 motion. | 0.30 | 995.00 | $298.50 |
| 08/19/2015 | RJF | AC | Emails John A. Morris regarding response toWood Rule 2004 motion. | 0.30 | 995.00 | $298.50 |
| 08/19/2015 | JNP | AC | Review Wood opposition to 2004 discovery. | 0.10 | 895.00 | $89.50 |
| 08/19/2015 | JAM | AC | E-mail to J. Searcy re Wood objection to 2004 discovery (.1); review and analysis of Wood objection, and e-mail to R. Feinstein, J. Pomerantz re same (1.8). | 1.90 | 875.00 | $1,662.50 |
| 08/20/2015 | RJF | AC | Draft reply to Wood objection to Rule 2004 motion. | 1.00 | 995.00 | $995.00 |
| 08/20/2015 | JAM | AC | Draft reply papers to Wood objection to 2004 motion (2.7); e-mail to R. Feinstein re reply to Wood objection to 2004 motion (.1); review R. Feinstein changes to draft reply (.2). | 3.00 | 875.00 | $2,625.00 |
| 08/20/2015 | RJF | AC | Review Scott Wood/Endeavor sale pleadings and related emails. | 0.90 | 995.00 | $895.50 |
| 08/21/2015 | RJF | AC | Review reply regarding Wood 2004. | 0.20 | 995.00 | $199.00 |
| 08/22/2015 | RJF | AC | Emails regarding Wood's purchase of Endeavor assets. | 0.30 | 995.00 | $298.50 |
| 08/23/2015 | JNP | AC | Review reply regarding Wood 2004 examination. | 0.10 | 895.00 | $89.50 |
| 08/24/2015 | JAM | AC | E-mails with R. Feinstein re status, Wood (.2); review Wood bid in Endeavour (.2). | 0.40 | 875.00 | $350.00 |
| 08/25/2015 | RJF | AC | Review and comment on draft 2004 order re Wood discovery. | 0.20 | 995.00 | $199.00 |
| | | | | **8.90** | | **$8,199.50** |
| **Asset Disposition [B130]** | | | | | | |
| 08/26/2015 | RJF | AD | Emails regarding sale of Liberty County assets. | 0.30 | 995.00 | $298.50 |
| | | | | **0.30** | | **$298.50** |
| **Case Administration [B110]** | | | | | | |
| 08/04/2015 | PJJ | CA | Update critical dates, calendar entries and reminders. | 0.40 | 305.00 | $122.00 |
| 08/11/2015 | MB | CA | Telephone conference with P. Justie re status of cases. | 0.20 | 725.00 | $145.00 |
| 08/12/2015 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.30 | 305.00 | $91.50 |
| 08/13/2015 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.30 | 305.00 | $91.50 |

| Pachulski Stang Ziehl & Jones LLP | Page: 5 |
| ERG Resources O.C.C. | Invoice 110830 |
| 20304    00002 | August 31, 2015 |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/17/2015 | PJJ | CA | Update critical dates memo, calendar and reminders. | 0.40 | 305.00 | $122.00 |
| 08/20/2015 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.10 | 305.00 | $30.50 |
| 08/24/2015 | MB | CA | Review critical dates memo and scheduling emails from 8/17-8/23. | 0.30 | 725.00 | $217.50 |
| 08/25/2015 | PJJ | CA | Update critical dates, calendar entries and reminders. | 0.20 | 305.00 | $61.00 |
| 08/26/2015 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.30 | 305.00 | $91.50 |
| 08/28/2015 | PJJ | CA | Telephone call with Court Call re telephonic appearance for 9/1 hearing. | 0.30 | 305.00 | $91.50 |
| 08/28/2015 | PJJ | CA | Update critical dates memo, calendar entries and reminders. | 0.50 | 305.00 | $152.50 |
| 08/31/2015 | PJJ | CA | Update critical dates, calendar entries and reminders. | 0.20 | 305.00 | $61.00 |
| | | | | **3.50** | | **$1,277.50** |

### Comp. of Prof./Others

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/12/2015 | MB | CPO | Revise CNO for Conway's first monthly fee application. | 0.10 | 725.00 | $72.50 |
| 08/12/2015 | MB | CPO | Review and comment on Conway second monthly fee application; emails with B. Gaston re same. | 0.20 | 725.00 | $145.00 |
| 08/12/2015 | MB | CPO | Telephone conference with M. Sedigh re Conway fee application. | 0.10 | 725.00 | $72.50 |
| 08/12/2015 | MB | CPO | Review Conway McKenzie's first fee application re M. Sedigh question. | 0.10 | 725.00 | $72.50 |
| 08/13/2015 | RJF | CPO | Review Alix monthly compensation report. | 0.20 | 995.00 | $199.00 |
| 08/13/2015 | PJJ | CPO | Prepare Conway's 3rd fee statement for service. | 0.30 | 305.00 | $91.50 |
| 08/13/2015 | MB | CPO | Review revised Conway fee application; email to Searcy re filing. | 0.20 | 725.00 | $145.00 |
| 08/13/2015 | MB | CPO | Review draft Conway McKenzie second monthly fee application. | 0.50 | 725.00 | $362.50 |
| | | | | **1.70** | | **$1,160.50** |

### Financing [B230]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/28/2015 | RJF | FN | Emails regarding extension of DIP financing. | 0.20 | 995.00 | $199.00 |
| 08/31/2015 | RJF | FN | Review new DIP budget. | 0.30 | 995.00 | $298.50 |
| | | | | **0.50** | | **$497.50** |

### General Creditors Comm. [B150]

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/04/2015 | RJF | GC | Call with Chevron's counsel regarding case status | 0.30 | 995.00 | $298.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: | 6 |
| ERG Resources O.C.C. | | | | | Invoice 110830 | |
| 20304    00002 | | | | | August 31, 2015 | |

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 08/07/2015 | JNP | GC | Conference with Committee Members regarding status and follow-up with Robert J. Feinstein. | 0.20 | 895.00 | $179.00 |
| 08/13/2015 | MB | GC | Revise committee members expense letters. | 0.10 | 725.00 | $72.50 |
| 08/14/2015 | JNP | GC | Conference with C. Stephens regarding status. | 0.20 | 895.00 | $179.00 |
| 08/25/2015 | RJF | GC | Email to committee regarding outcome of hearings, plan status. | 0.20 | 995.00 | $199.00 |
| 08/26/2015 | JNP | GC | Conference with C. Stephens regarding critical vendor claims. | 0.20 | 895.00 | $179.00 |
| | | | | **1.20** | | **$1,107.00** |

### Hearing

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 08/19/2015 | RJF | HE | Prepare for 8/25/15 hearings. | 0.40 | 995.00 | $398.00 |
| 08/21/2015 | RJF | HE | Prepare for hearings on exclusivity, 2004 motion and 9019 settlement. | 0.80 | 995.00 | $796.00 |
| 08/25/2015 | RJF | HE | Prepare for omnibus hearings. | 1.00 | 995.00 | $995.00 |
| 08/25/2015 | RJF | HE | Attend omnibus hearings. | 1.00 | 995.00 | $995.00 |
| 08/31/2015 | RJF | HE | Attend hearing, status conference on 1113(e) motion. | 1.80 | 995.00 | $1,791.00 |
| | | | | **5.00** | | **$4,975.00** |

### Non-Working Travel

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 08/24/2015 | JNP | NT | Travel to meeting in Dallas with debtor and S. Wood. (Biiled at 1/2 rate) | 3.60 | 447.50 | $1,611.00 |
| 08/24/2015 | JNP | NT | Travel back from settlement meeting. (Billed at 1/2 rate) | 2.60 | 447.50 | $1,163.50 |
| 08/24/2015 | RJF | NT | Nonworking travel to Dallas for meeting regarding plan and 8/25/15 omnibus hearing. (Billed at 1/2 rate) | 3.00 | 497.50 | $1,492.50 |
| 08/25/2015 | RJF | NT | Nonworking travel to New York. (Billed at 1/2 rate) | 4.00 | 497.50 | $1,990.00 |
| | | | | **13.20** | | **$6,257.00** |

### PSZ&J Compensation

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 08/12/2015 | MB | PC | Revise CNO for PSZJ second fee application. | 0.10 | 725.00 | $72.50 |
| 08/13/2015 | PJJ | PC | Draft PSZJ 's third monthly fee statement. | 1.80 | 305.00 | $549.00 |
| 08/27/2015 | PJJ | PC | Revise July fee application. | 0.40 | 305.00 | $122.00 |
| 08/31/2015 | PJJ | PC | Finalize July fee application. | 0.30 | 305.00 | $91.50 |
| | | | | **2.60** | | **$835.00** |

| | | |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page: | 7 |
| ERG Resources O.C.C. | Invoice 110830 | |
| 20304    00002 | August 31, 2015 | |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Plan & Disclosure Stmt. [B320]** | | | | | | |
| 08/01/2015 | JNP | PD | Conference with Robert J. Feinstein regarding settlement issues. | 0.20 | 895.00 | $179.00 |
| 08/01/2015 | JNP | PD | Conference with Robert J. Feinstein and R. Kampfner regarding settlement agreement. | 0.60 | 895.00 | $537.00 |
| 08/01/2015 | RJF | PD | Review draft settlement agreement (.3), telephone conference with Jeff N. Pomerantz regarding same (.3), telephone conference with Kampfner and Jeff N. Pomerantz regarding same (.6) | 1.20 | 995.00 | $1,194.00 |
| 08/02/2015 | JNP | PD | Review proposed term sheet and emails regarding same. | 0.20 | 895.00 | $179.00 |
| 08/02/2015 | RJF | PD | Emails Jeff N. Pomertantz regarding plan term sheet (.2), telephone conference with Kampfner regarding bank settlement (.1) | 0.30 | 995.00 | $298.50 |
| 08/03/2015 | RJF | PD | Office conferences with Maria Bove regarding 9019 motion, continued negotiation of settlement agreement with Kampfner | 1.30 | 995.00 | $1,293.50 |
| 08/03/2015 | JNP | PD | Conference with B.Roof regarding Plan issues. | 0.20 | 895.00 | $179.00 |
| 08/03/2015 | JNP | PD | Conference with Robert J. Feinstein regarding Plan issues. | 0.10 | 895.00 | $89.50 |
| 08/03/2015 | JNP | PD | Email to B. Roof and B. Erens regarding Plan issues. | 0.10 | 895.00 | $89.50 |
| 08/03/2015 | RJF | PD | Telephone conference with Brad Ehrens regarding plan issues, bank settlement | 0.30 | 995.00 | $298.50 |
| 08/03/2015 | MB | PD | Draft application to shorten time on Rule 9019 bank settlement motion and order. | 1.10 | 725.00 | $797.50 |
| 08/03/2015 | MB | PD | Review revised plan term sheet. | 0.30 | 725.00 | $217.50 |
| 08/03/2015 | MB | PD | Revise Rule 9019 motion re bank settlement. | 2.20 | 725.00 | $1,595.00 |
| 08/03/2015 | MB | PD | Review plan term sheet. | 0.30 | 725.00 | $217.50 |
| 08/03/2015 | MB | PD | Research re 9019 motions in Texas (.5); draft 9019 motion re bank settlement (1.1). | 1.60 | 725.00 | $1,160.00 |
| 08/04/2015 | JNP | PD | Conference with Robert J. Feinstein regarding settlement issues. | 0.20 | 895.00 | $179.00 |
| 08/04/2015 | JNP | PD | Email to B. Roof and B. Erens regarding Plan issues. | 0.10 | 895.00 | $89.50 |
| 08/04/2015 | RJF | PD | Telephone conference with Searcy regarding 9019 Settlement, plan issues | 0.30 | 995.00 | $298.50 |
| 08/04/2015 | RJF | PD | Review revised settlement agreement with Beal Bank (.2), telephone conference with Kampfner regarding same (.4) | 0.60 | 995.00 | $597.00 |
| 08/04/2015 | RJF | PD | Office conference with Maria Bove regarding plan issues, bank settlement, exclusivity | 0.40 | 995.00 | $398.00 |
| 08/04/2015 | RJF | PD | Telephone conference with Ehrens regarding | 0.30 | 995.00 | $298.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | settlement agreement | | | |
| 08/04/2015 | RJF | PD | Telephone conference with Jeff N. Pomerantz regarding settlement agreement issues | 0.30 | 995.00 | $298.50 |
| 08/04/2015 | RJF | PD | Telephone conference with Kampfner regarding settlement agreement and regarding drafts of agreement | 1.00 | 995.00 | $995.00 |
| 08/04/2015 | RJF | PD | Review debtor's exclusivity motion, related emails | 0.50 | 995.00 | $497.50 |
| 08/04/2015 | MB | PD | Office conference with R. Feinstein re settlement issues. | 0.20 | 725.00 | $145.00 |
| 08/04/2015 | MB | PD | Review revised settlement agreement. | 0.20 | 725.00 | $145.00 |
| 08/04/2015 | MB | PD | Office conference with R. Feinstein re bank settlement agreement and plan term sheet issues. | 0.20 | 725.00 | $145.00 |
| 08/04/2015 | MB | PD | Revise bank settlement 9019 motion (.7); and motion to shorten time re same (.4). | 1.10 | 725.00 | $797.50 |
| 08/04/2015 | MB | PD | Revise bank settlement 9019 motion and motion to shorten (.8); review email re settlement terms (.1). | 0.90 | 725.00 | $652.50 |
| 08/04/2015 | MB | PD | Office conference with R. Feinstein re changes to bank settlement. | 0.10 | 725.00 | $72.50 |
| 08/04/2015 | MB | PD | Further revise bank settlement motion and motion to shorten; revise orders on same. | 0.50 | 725.00 | $362.50 |
| 08/05/2015 | JAM | PD | Review motion to extend exclusivity (.6); prepare deposition notice for B. Roof (ERG) (.6); prepare document requests (ERG) (1.7); e-mails with R. Feinstein re discovery, status (.2); review Plan Term Sheet (.3); e-mails with R. Feinstein re settlement; discovery (.3). | 3.70 | 875.00 | $3,237.50 |
| 08/05/2015 | RJF | PD | Further negotiation of Bank Settlement agreement and drafting of 9019 Motion, telephone conferences Kampfner, Searcy and office conferences with Maria Bove regarding same | 1.30 | 995.00 | $1,293.50 |
| 08/05/2015 | JNP | PD | Review emails regarding settlement and plan issues. | 0.20 | 895.00 | $179.00 |
| 08/05/2015 | RJF | PD | Office conference with John Morris regarding exclusivity (.3), draft declaration in opposition to exclusivity motion (.3) | 0.60 | 995.00 | $597.00 |
| 08/05/2015 | RJF | PD | Email to Committee regarding Bank Settlement | 0.20 | 995.00 | $199.00 |
| 08/05/2015 | RJF | PD | Telephone conference with Young regarding plan issues | 0.30 | 995.00 | $298.50 |
| 08/05/2015 | RJF | PD | Review Wood plan term sheet (.5); internal emails regarding same (.5). | 0.80 | 995.00 | $796.00 |
| 08/05/2015 | MB | PD | Revise Rule 9019 bank settlement motion re bank comments. | 0.70 | 725.00 | $507.50 |
| 08/05/2015 | MB | PD | Review document request re exclusivity motion and deposition notice. | 0.20 | 725.00 | $145.00 |

Pachulski Stang Ziehl & Jones LLP  
ERG Resources O.C.C.  
20304    00002

Page:    8  
Invoice 110830  
August 31, 2015

Pachulski Stang Ziehl & Jones LLP  Page:    9
ERG Resources O.C.C.  Invoice 110830
20304    00002  August 31, 2015

| Date | Initials | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/05/2015 | MB | PD | Review Debtors' plan term sheet. | 0.20 | 725.00 | $145.00 |
| 08/05/2015 | MB | PD | Review R. Feinstein emails re exclusivity/discovery. | 0.10 | 725.00 | $72.50 |
| 08/05/2015 | MB | PD | Review motion to extend exclusivity; research re same. | 0.30 | 725.00 | $217.50 |
| 08/06/2015 | JAM | PD | Revise exclusivity discovery demands (.4); communications with R. Feinstein, M. Bove re exclusivity discovery demands (.2). | 0.60 | 875.00 | $525.00 |
| 08/06/2015 | RJF | PD | Finalize bank settlement agreement (.4); and 9019 motion (.5). | 0.90 | 995.00 | $895.50 |
| 08/06/2015 | RJF | PD | Emails with Erens regarding exclusivity motion, discovery. | 0.20 | 995.00 | $199.00 |
| 08/06/2015 | RJF | PD | Office conferences with John A. Morris regarding exclusivity discovery. | 0.20 | 995.00 | $199.00 |
| 08/06/2015 | RJF | PD | Office conferences with Maria Bove regarding research on transferring litigation claims to a trust. | 0.30 | 995.00 | $298.50 |
| 08/06/2015 | MB | PD | Finalize Rule 9019 bank settlement motion. | 0.50 | 725.00 | $362.50 |
| 08/06/2015 | MB | PD | Revise Rule 9019 bank settlement motion per bank comments (.4); office conferences with R. Feinstein re same (.1); emails re same (.1). | 0.60 | 725.00 | $435.00 |
| 08/06/2015 | MB | PD | Finalize exhibits to Rule 9019 bank settlement motion; office conference with R. Feinstein re status. | 0.20 | 725.00 | $145.00 |
| 08/06/2015 | MB | PD | Review document requests re exclusivity and email comments re same internally. | 0.10 | 725.00 | $72.50 |
| 08/06/2015 | MB | PD | Revise Rule 9019 bank settlement motion, order, motion to shorten time and order and settlement agreement. | 0.70 | 725.00 | $507.50 |
| 08/07/2015 | JAM | PD | Review/revise discovery demands re exclusivity (.2); e-mails with R. Feinstein re discovery (.2). | 0.40 | 875.00 | $350.00 |
| 08/07/2015 | RJF | PD | Emails to Erens regarding exclusivity, ▇▇▇▇ discovery requests. | 0.40 | 995.00 | $398.00 |
| 08/07/2015 | MB | PD | Research re ▇▇▇▇▇▇▇▇ | 0.30 | 725.00 | $217.50 |
| 08/07/2015 | MB | PD | Review docket re notice for expedited hearing on Rule 9019 bank settlement motion; draft notice re 9019 motion. | 0.30 | 725.00 | $217.50 |
| 08/09/2015 | RJF | PD | Telephone conference with Chris Ryan regarding plan issues. | 0.30 | 995.00 | $298.50 |
| 08/11/2015 | JAM | PD | Telephone conference with R. Feinstein, B. Erens re settlement, exclusivity discovery. | 0.60 | 875.00 | $525.00 |
| 08/11/2015 | JNP | PD | Review and respond to emails from Robert J. Feinstein regarding settlement status; Review related documents. | 0.20 | 895.00 | $179.00 |

Pachulski Stang Ziehl & Jones LLP  
ERG Resources O.C.C.  
20304     00002

Page:   10  
Invoice 110830  
August 31, 2015

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/11/2015 | RJF | PD | Telephone conference with Kampfner regarding plan issues. | 0.30 | 995.00 | $298.50 |
| 08/11/2015 | RJF | PD | Telephone conference with Erens, John A. Morris regarding plan issues, exclusivity discovery. | 0.80 | 995.00 | $796.00 |
| 08/11/2015 | MB | PD | Begin drafting objection to exclusivity motion (.8); research re same (.6); office conference with R. Feinstein re same (.1).. | 1.50 | 725.00 | $1,087.50 |
| 08/12/2015 | JNP | PD | Conference with Robert J. Feinstein regarding Plan related issues. | 0.50 | 895.00 | $447.50 |
| 08/12/2015 | RJF | PD | Telephone conferences with Kampfner regarding plan issues. | 0.30 | 995.00 | $298.50 |
| 08/12/2015 | RJF | PD | Telephone conferences with Jeffrey N. Pomerantz regarding plan issues. | 0.40 | 995.00 | $398.00 |
| 08/12/2015 | RJF | PD | Emails regarding plan issues. | 0.20 | 995.00 | $199.00 |
| 08/12/2015 | RJF | PD | Review debtor notice regarding plan. | 0.10 | 995.00 | $99.50 |
| 08/12/2015 | RJF | PD | Review discovery production regarding exclusivity. | 0.30 | 995.00 | $298.50 |
| 08/12/2015 | MB | PD | Telephone conference with R. Feinstein re plan issues, exclusivity, discovery re same. | 0.20 | 725.00 | $145.00 |
| 08/13/2015 | JNP | PD | Conference with J. Searcy, C. Ryan, B. Gaston and Robert J. Feinstein regarding settlement and Plan issues. | 0.80 | 895.00 | $716.00 |
| 08/13/2015 | JAM | PD | Telephone conference with R. Feinstein re status, settlement (.2). | 0.20 | 875.00 | $175.00 |
| 08/13/2015 | RJF | PD | Telephone conference with Maria Bove regarding plan status. | 0.40 | 995.00 | $398.00 |
| 08/13/2015 | RJF | PD | Call with Ryan, Young, Searcy, Jeffrey N. Pomerantz regarding plan issues. | 0.80 | 995.00 | $796.00 |
| 08/13/2015 | MB | PD | Review notice of cancellation of sale deadlines and plan terms; telephone conference with R. Feinstein re same. | 0.20 | 725.00 | $145.00 |
| 08/14/2015 | JNP | PD | Conference with B. Erens, T. Howley and Robert J. Feinstein regarding settlement meeting. | 0.30 | 895.00 | $268.50 |
| 08/14/2015 | JNP | PD | Conference with Robert J. Feinstein regarding settlement and related issues. | 0.10 | 895.00 | $89.50 |
| 08/14/2015 | RJF | PD | Call with Jeffrey N. Pomerantz, Erens regarding Plan. | 0.40 | 995.00 | $398.00 |
| 08/14/2015 | RJF | PD | Emails Jones Day regarding exclusivity bridge order, meeting to discuss Plan. | 0.30 | 995.00 | $298.50 |
| 08/14/2015 | MB | PD | Office conference with R. Feinstein re plan issues; status. | 0.10 | 725.00 | $72.50 |
| 08/17/2015 | RJF | PD | Telephone conference with Erin Schmidt regarding 9019 motion to approve bank settlement. | 0.30 | 995.00 | $298.50 |

Pachulski Stang Ziehl & Jones LLP  Page:   11
ERG Resources O.C.C.  Invoice 110830
20304    00002  August 31, 2015

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 08/18/2015 | JNP | PD | Conference with Robert J. Feinstein regarding status and meeting re Plan. | 0.10 | 895.00 | $89.50 |
| 08/18/2015 | RJF | PD | Telephone conference with Beckham regarding plan issues. | 0.40 | 995.00 | $398.00 |
| 08/19/2015 | RJF | PD | Review Wood objection to 9019 settlement with bank. | 0.30 | 995.00 | $298.50 |
| 08/19/2015 | RJF | PD | Emails regarding exclusivity bridge order. | 0.30 | 995.00 | $298.50 |
| 08/19/2015 | RJF | PD | Review draft exclusivity bridge order and emails with debtors' counsel regarding same. | 0.30 | 995.00 | $298.50 |
| 08/19/2015 | RJF | PD | Emails Erens regarding form of exclusivity bridge order. | 0.30 | 995.00 | $298.50 |
| 08/20/2015 | RJF | PD | Emails Erens regarding exclusivity bridge order. | 0.30 | 995.00 | $298.50 |
| 08/21/2015 | RJF | PD | Emails regarding plan settlement meeting, related issues. | 0.30 | 995.00 | $298.50 |
| 08/23/2015 | RJF | PD | Emails Kampfner regarding Wood issues. | 0.10 | 995.00 | $99.50 |
| 08/24/2015 | JNP | PD | Conference with Robert J. Feinstein regarding meeting with debtor and S. Wood. | 0.10 | 895.00 | $89.50 |
| 08/24/2015 | JNP | PD | Pre-meeting with Committee professionals to discuss settlement meeting. | 0.50 | 895.00 | $447.50 |
| 08/24/2015 | JNP | PD | Participate in part of all hands settlement meeting. | 2.00 | 895.00 | $1,790.00 |
| 08/24/2015 | JNP | PD | Conference with Robert J. Feinstein regarding meeting results. | 0.20 | 895.00 | $179.00 |
| 08/24/2015 | RJF | PD | Telephone conference with Ryan regarding plan issues. | 0.30 | 995.00 | $298.50 |
| 08/24/2015 | RJF | PD | Telephone conference with Jeffrey N. Pomerantz regarding plan issues. | 0.20 | 995.00 | $199.00 |
| 08/24/2015 | RJF | PD | All hands meeting at Jones Day Dallas to discuss Plan. | 5.30 | 995.00 | $5,273.50 |
| 08/24/2015 | MB | PD | Review R. Feinstein 8/17 - 8/23 emails re plan issues and settlement meeting. | 0.20 | 725.00 | $145.00 |
| 08/24/2015 | MB | PD | Research re exclusivity re pressure on creditors) (.8); email to R. Feinstein re same (.1). | 0.90 | 725.00 | $652.50 |
| 08/25/2015 | RJF | PD | Telephone conference with Maria Bove regarding plan issues. | 0.30 | 995.00 | $298.50 |
| 08/25/2015 | MB | PD | Telephone conference with R. Feinstein re settlement and plan terms. | 0.30 | 725.00 | $217.50 |
| 08/27/2015 | JNP | PD | Review emails regarding Plan issues. | 0.10 | 895.00 | $89.50 |
| 08/27/2015 | RJF | PD | Emails debtors counsel regarding plan status, exclusivity. | 0.30 | 995.00 | $298.50 |
| 08/27/2015 | RJF | PD | Initial review of draft ERG plan, related emails. | 0.50 | 995.00 | $497.50 |
| 08/28/2015 | JNP | PD | Conference with Robert J. Feinstein regarding plan | 0.10 | 895.00 | $89.50 |

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | | | Page: 12 | |
| ERG Resources O.C.C. | | | | | Invoice 110830 | |
| 20304   00002 | | | | | August 31, 2015 | |
| | | | issues and status. | | | |
| 08/28/2015 | RJF | PD | Review and comment on exclusivity stipulation, emails regarding same. | 0.30 | 995.00 | $298.50 |
| 08/28/2015 | RJF | PD | Review Wood plan term sheet, provide comments to same. | 0.80 | 995.00 | $796.00 |
| 08/29/2015 | JNP | PD | Review and comment on S. Wood term plan sheet. | 0.30 | 895.00 | $268.50 |
| 08/29/2015 | JNP | PD | Begin to review Plan. | 0.50 | 895.00 | $447.50 |
| 08/29/2015 | RJF | PD | Review and comment on draft Plan. | 1.30 | 995.00 | $1,293.50 |
| 08/29/2015 | RJF | PD | Emails regarding Wood settlement proposal with Jeffrey N. Pomerantz, Ryan et al. | 0.40 | 995.00 | $398.00 |
| 08/30/2015 | RJF | PD | Continued review of draft plan. | 0.80 | 995.00 | $796.00 |
| 08/31/2015 | JNP | PD | Finish reviewing Plan and provide comments. | 3.00 | 895.00 | $2,685.00 |
| 08/31/2015 | JNP | PD | Review emails regarding Plan process and related issues. | 0.10 | 895.00 | $89.50 |
| 08/31/2015 | RJF | PD | Draft email to Beckham with comments to Wood term sheet. | 0.30 | 995.00 | $298.50 |
| 08/31/2015 | RJF | PD | Continued review of draft plan. | 0.80 | 995.00 | $796.00 |
| 08/31/2015 | RJF | PD | Telephone conference with Jeffrey N. Pomerantz regarding plan issues. | 0.30 | 995.00 | $298.50 |
| 08/31/2015 | RJF | PD | Office conference with Maria Bove regarding plan issues. | 0.30 | 995.00 | $298.50 |
| 08/31/2015 | RJF | PD | Email Erens regarding plan issues. | 0.30 | 995.00 | $298.50 |
| 08/31/2015 | MB | PD | Review and comment on plan. | 1.60 | 725.00 | $1,160.00 |
| 08/31/2015 | MB | PD | Research re corporate organizational chart. | 0.10 | 725.00 | $72.50 |
| 08/31/2015 | MB | PD | Office conference with R. Feinstein re plan issues. | 0.20 | 725.00 | $145.00 |
| | | | | **65.90** | | **$58,916.50** |

**TOTAL SERVICES FOR THIS MATTER:** $83,524.00

| | | | |
|---|---|---|---:|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 13 |
| ERG Resources O.C.C. | | | Invoice 110830 |
| 20304    00002 | | | August 31, 2015 |

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---:|
| 08/03/2015 | TR | Transcript [E116] eLitigation services, Inv. 2617, R. Mori | 2,385.40 |
| 08/06/2015 | PO | 20304.00002 :Postage Charges for 08-06-15 | 44.64 |
| 08/06/2015 | RE | ( 816 @0.20 PER PG) | 163.20 |
| 08/06/2015 | RE | ( 192 @0.20 PER PG) | 38.40 |
| 08/06/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 08/06/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 08/06/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 08/06/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 08/06/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 08/07/2015 | RE2 | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 08/13/2015 | PO | 20304.00002 :Postage Charges for 08-13-15 | 23.13 |
| 08/13/2015 | RE | ( 675 @0.20 PER PG) | 135.00 |
| 08/13/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 08/13/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 08/13/2015 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 08/13/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 08/13/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 08/13/2015 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 08/13/2015 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 08/17/2015 | FE | 20304.00002 FedEx Charges for 08-17-15 | 14.60 |

| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | | Page: 14 |
| ERG Resources O.C.C. | | | Invoice 110830 |
| 20304   00002 | | | August 31, 2015 |

| | | | |
|---|---|---|---|
| 08/17/2015 | FE | 20304.00002 FedEx Charges for 08-17-15 | 9.87 |
| 08/17/2015 | RE | ( 5 @0.20 PER PG) | 1.00 |
| 08/20/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 08/20/2015 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 08/20/2015 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 08/24/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 08/24/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 08/26/2015 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 08/27/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 08/31/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 08/31/2015 | RE2 | SCAN/COPY ( 56 @0.10 PER PG) | 5.60 |

**Total Expenses for this Matter**     **$2,866.84**

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP | Page:    15 |
| ERG Resources O.C.C. | Invoice 110830 |
| 20304    00002 | August 31, 2015 |

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 08/31/2015

| | |
|---|---:|
| Total Fees | $83,524.00 |
| Chargeable costs and disbursements | $2,866.84 |
| Total Due on Current Invoice..................... | $86,390.84 |

Outstanding Balance from prior Invoices as of 08/31/2015    **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 110172 | 05/31/2015 | $286,679.50 | $5,132.32 | $57,335.90 |
| 110464 | 06/30/2015 | $292,140.75 | $29,223.94 | $58,428.15 |
| 110739 | 07/31/2015 | $97,459.50 | $12,415.99 | $109,517.49 |

| | |
|---|---:|
| **Total Amount Due on Current and Prior Invoices** | $311,672.38 |