| | |
|---|---|
| Jeffrey N. Pomerantz | Jason R. Searcy |
| Robert J. Feinstein | SEARCY & SEARCY P.C. |
| PACHULSKI STANG ZIEHL & JONES LLP | 446 Forest Square |
| 10100 Santa Monica Boulevard, 13th Floor | P.O. Box 3929 |
| Los Angeles, California 90067 | Longview, TX 75606 |
| Telephone: (310) 277-6910 | Telephone: (903) 757-3399 |
| Facsimile:  (310) 201-0760 | Facsimile:  (903-757-9559 |
| Email: jpomerantz@pszjlaw.com | Email: jsearcy@jrsearcylaw.com |
|            rfeinstein@pszjlaw.com | |

*Counsel to the Official Unsecured Creditors' Committee*

### THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, et al.,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No. 15-31858-hdh-11 |
| | § | |
| | § | |

### AFFIDAVIT OF SERVICE

Patricia Jeffries, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, and that on the 16th day of October, 2015, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

1. **Summary and First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Lead Counsel to the Official Committee of Unsecured Creditors, for the Period From May 12, 2015 Through August 31, 2015.**



Patricia Jeffries

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

**CA JURAT W/AFFIANT STATEMENT:**             **GOV'T CODE § 8202**

*A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.*

State of California    )
                              )ss.
County of Los Angeles    )

Subscribed and sworn to (or affirmed) before me on this 16th day of October, 2015 by Patricia Jeffries and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public: Sophia Louisa Lee
My Commission Expires: 12/16/16

[Notary Seal: SOPHIA LOUISA LEE, Commission # 1998709, Notary Public - California, Los Angeles County, My Comm. Expires Dec 16, 2016]

**SERVICE LIST**

**In re: ERG Intermediate Holdings, LLC, et al.
Case No. 15-31858-hdh-11**

**SERVICE VIA EMAIL AND U.S. FIRST CLASS MAIL**

ERG Resources, L.L.C.
Attn: Kelly Plato
333 Clay Street Suite 4400
Houston, TX 77002
email: kplato@ergresources.com

JONES DAY
717 TEXAS AVENUE, SUITE 3300
ATTN: TOM A. HOWLEY
HOUSTON, TX 77002
TAHOWLEY@JONESDAY.COM
(COUNSEL TO DEBTORS)

JONES DAY
77 WEST WACKER
ATTN: BRAD B. ERENS & JOSEPH A. FLORCZAK
CHICAGO, IL 60601
BBERENS@JONESDAY.COM;JFLORCZAK@JONESDAY.COM
(COUNSEL TO DEBTORS)

WHITE AND CASE, LLP
ROBERTO KAMPFNER &
CRAIG H. AVERCH
633 WEST FIFTH STREET, SUITE 1900
LOS ANGELES, CA 90071-2007
RKAMPFNER@WHITECASE.COM
CAVERCH@WHITECASE.COM
(COUNSEL TO CLMG CORP., ADMIN AGENT)

WHITE AND CASE, LLP
THOMAS E LAURIA
200 S. BISCAYNE BLVD, SUITE 4900
MIAMI, FL 33131-2352
TLAURIA@WHITECASE.COM
(COUNSEL TO CLMG CORP., ADMIN AGENT)

OFFICE OF THE U. S. TRUSTEE
WILLIAM T. NEARY, US TRUSTEE
ERIN SCHMIDT
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75242
USTP.REGION06@USDOJ.GOV
ERIN.SCHMIDT2@USDOJ.GOV
(U.S. TRUSTEE)

HAYNES AND BOONE, LLP
CHARLES A. BECKHAM, JR.
1221 MCKINNEY, SUITE 2100
HOUSTON, TX 77010
CHARLES.BECKHAM@HAYNESBOONE.COM
(COUNSEL TO SCOTT Y. WOOD & CTS PROPERTIES, LTD.)
(NOTICE OF APPEARANCE)

HAYNES AND BOONE, LLP
JAROM YATES
2323 VICTORY AVENUE, SUITE 700
DALLAS, TX 75219
JAROM.YATES@HAYNESBOONE.COM
(COUNSEL TO SCOTT Y. WOOD & CTS PROPERTIES, LTD.)
(NOTICE OF APPEARANCE)

GERALD M. LEVERETT, ESQ.
1830 TRUXTUN AVENUE SUITE 212
BAKERSFIELD, CA 93301
GLEVERETT@GERALDLEVERETT.COM
(COUNSEL TO MMI SERVICES, INC.)
(NOTICE OF APPEARANCE)

LAW OFFICES OF JUDITH W. ROSS
NEIL J. ORLEANS
700 N. PEARL STREET, SUITE 1610
DALLAS, TX 75201
NEIL.ORLEANS@JUDITHWROSS.COM
(COUNSEL TO M-I, LLC)
(NOTICE OF APPEARANCE)

KING & SPALDING LLP
ATTN: EDWARD L. RIPLEY, MARK W. WEGE
ERIC M. ENGLISH
1100 LOUISIANA, SUITE 4000
HOUSTON, TEXAS 77002
ERIPLEY@KSLAW.COM ; MWEGE@KSLAW.COM ;
(COUNSEL TO CHEVRON U.S.A., INC. AND UNION OIL COMPANY OF CALIFORNIA)
(NOTICE OF APPEARANCE)

JOSHUA W. WOLFSHOHL
JIM D. AYCOCK
PORTER HEDGES LLP
1000 MAIN STREET, 36TH FLOOR

HOUSTON, TEXAS 77002
JWOLFSHOHL@PORTERHEDGES.COM
JAYCOCK@PORTERHEDGES.COM
(COUNSEL TO PAREX RESOURCES, INC., PAREX RESOURCES (BERMUDA), LT., AND RAMSHORN INTERNATIONAL LIMITED)
(NOTICE OF APPEARANCE)

J. ROBERT ARNETT II
CARTER SCHOLER ARNETT HAMADA & MOCKLER, PLLC
8150 N. CENTRAL EXPRESSWAY, SUITE 500
DALLAS, TEXAS 75206
BARNETT@CARTERSCHOLER.COM
(COUNSEL TO ANDREW T. LOTT)
(NOTICE OF APPEARANCE)

ALLEN R. TOMLINSON
JONES, FOSTER, JOHNSTON & STUBBS, P.A.
505 SOUTH FLAGLER DRIVE, SUITE 1100 (33401)
P.O. BOX 3475
WEST PALM BEACH, FL 33402-3475
ATOMLINSON@JONESFOSTER.COM
(COUNSEL TO CTS PROPERTIES, LTD.)
(NOTICE OF APPEARANCE)

KERN COUNTY TREASURER
AND TAX COLLECTOR OFFICE
ATTN: BANKRUPTCY DIVISION
C/O SALINA THOMAS
P.O. BOX 579
BAKERSFIELD, CA 93301-0579
BANKRUPTCY@CO.KERN.CA.US
(NOTICE OF APPEARANCE)

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN P. DILLMAN
POST OFFICE BOX 3064
HOUSTON, TX 77253-3064
HOUSTON_BANKRUPTCY@LGBS.COM
(COUNSEL TO HARRIS COUNTY, GALVESTON COUNTY AND ORANGE COUNTY TAXING AUTHORITIES)
(NOTICE OF APPEARANCE)

SMYSER KAPLAN & VESELKA, L.L.P.
CRAIG SMYSER
CHRISTINA A. BRYAN
RAZVAN UNGUREANU
700 LOUISIANA, SUITE 2300
HOUSTON, TX 77002
CSMYSER@SKV.COM
CBRYAN@SKV.COM
RAZVAN@SKV.COM

DOCS_LA:293446.1 20304/002

(COUNSEL TO NABORS GLOBAL HOLDINGS II, LIMITED)
(NOTICE OF APPEARANCE)

PAUL B. JUSTI
LAW OFFICES OF PAUL B. JUSTI
1981 NORTH ROADWAY, SUITE 250
WALNUT CREEK, CA 94596
PBJUSTI@COMCAST.NET
(COUNSEL TO LAW OFFICES OF PAUL B. JUSTI)
(NOTICE OF APPEARANCE)

JUDITH W. ROSS
LAW OFFICES OF JUDITH W. ROSS
700 N. PEARL STREET, SUITE 1610
DALLAS, TEXAS 75201
EMAIL: JUDITH.ROSS@JUDITHWROSS.COM
(COUNSEL TO NABORS GLOBAL HOLDINGS II LIMITED)
(NOTICE OF APPEARANCE)

MANATT, PHEPS & PHELPS, LLP
DAVID L. MCGRATH
11355 WEST OLYMPIC BLVD.
LOS ANGELES, CA 90064
EMAIL: DLMCGRATH@MANATT.COM
(COUNSEL TO AREA ENERGY LLC)
(NOTICE OF APPEARANCE)

KANE RUSSELL COLEMAN & LOGAN PC
ANGELA N. OFFERMAN
919 MILAM STREET, SUITE 2200
HOUSTON, TX 77002
(713) 425-7400
(713) 425-7700 (FAX)
AOFFERMAN@KRCL.COM
(COUNSEL TO THREE ALLEN CENTER CO. LLC)
(NOTICE OF APPEARANCE)

JAMES W. HENGES
JAY OLD & ASSOCIATES, PLLC
2615 CALDER, SUITE 720
BEAUMONT, TX 77702
TELEPHONE: (409) 241-7252
TELECOPIER: (409) 419-1733
EMAIL: JIM.HENGES@JROLDLAW.COM
(COUNSEL TO SWAT, INC.)
(NOTICE OF APPEARANCE)

T. SCOTT BELDEN
BELDEN BLAINE, LLP
5100 CALIFORNIA AVENUE, SUITE 101
BAKERSFIELD, CA 93309
E-MAIL: SBELDEN@BELDENBLAINE.COM

(COUNSEL TO CONSTRUCTION SPECIALTY SERVICE, INC.)
NOTICE OF APPEARANCE)

WILCOX LAW, PLLC
STEPHEN G. WILCOX
CLARE RUSSELL
P.O. BOX 201849
ARLINGTON, TX 76006
SWILCOX@WILCOXLAW.NET
(COUNSEL TO FORD MOTOR CREDIT COMPANY LLC)
(NOTICE OF APPEARANCE)

DONNA K. WEBB
ASSISTANT UNITED STATES ATTORNEY
BURNETT PLAZA, SUITE 1700
801 CHERRY STREET, UNIT 4
FORT WORTH, TX 76102-6882
DONNA.WEBB@USDOJ.GOV
(COUNSEL TO UNITED STATES OF AMERICA,
OFFICE OF NATURAL RESOURCES REVENUE)
(NOTICE OF APPEARANCE)

AKIN GUMP STRAUSS HAUER & FELD LLP
SARAH LINK SCHULTZ
ASHLEY R. BEANE
1700 PACIFIC AVENUE, SUITE 4100
DALLAS, TX 75201
SSCHULTZ@AKINGUMP.COM; ABEANE@AKINGUMP.COM
(COUNSEL TO HVI CAT CANYON, INC.)
(NOTICE OF APPEARANCE)

JOHN STERN
ASSISTANT ATTORNEY GENERAL
C/O SHERRI K. SIMPSON, PARALEGAL
ATTORNEY GENERAL'S OFFICE
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711-2548
(COUNSEL TO TEXAS COMPTROLLER OF PUBLIC ACCOUNTS)
(NOTICE OF APPEARANCE)