

**U.S. BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 3, 2015**

**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.*,[1] | § | Jointly Administered |
| | § | |
| Debtors. | § | Case No.: 15-31858-hdh-11 |

## ORDER SUPPLEMENTING CHAPTER 11 POST-CONFIRMATION ORDER

On October 30, 2015, the Court entered an order [Docket No. 655] (the "Confirmation Order") confirming the *First Amended Joint Chapter 11 Plan of Reorganization Dated September 18, 2015, as Amended, in Respect of ERG Intermediate Holdings, LLC and Its Affiliated Debtors* [Docket No. 518] (as amended, the "Plan").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are ERG Intermediate Holdings, LLC (2521); ERG Resources, L.L.C. (0408); West Cat Canyon, L.L.C. (7377); ERG Interests, LLC (2081); and ERG Operating Company, LLC (8385). ERG Intermediate Holdings, LLC is the direct or indirect parent of each of its affiliated Debtors. The mailing address for each of the Debtors, with the exception of ERG Operating Company, LLC, is 333 Clay Street Suite 4400, Houston, TX 77002. The mailing address for ERG Operating Company, LLC is 4900 California Avenue Suite 300B, Bakersfield, CA 93309. The above addresses are listed solely for the purposes of notices and communications.

On November 2, 2015, the Court entered the *Chapter 11 Post-Confirmation Order* [Docket No. 657] (the "Initial Post-Confirmation Order") governing the treatment of, among other items, (a) applications for compensation or expenses by professional persons, (b) motions for administrative expenses, and (c) objections to claims.

The Court hereby enters this Order (the "Supplemental Post-Confirmation Order") to clarify and supplement the Initial Post-Confirmation Order to ensure consistent treatment with the Plan and the Confirmation Order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Confirmation Order and the Plan will control to the extent inconsistent with the Initial Post-Confirmation Order.

2. Without limiting the generality of the foregoing, and subject to the terms of the Confirmation Order, (a) Section 5.2 of the Plan with respect to the (i) procedures for administrative claims and (ii) applications for compensation or expenses by professional persons and (b) Section 10.1 of the Plan regarding objections to claims will control over any contrary provision of the Initial Post-Confirmation Order.

3. The Debtors will serve the Supplemental Post-Confirmation Order and the Initial Post-Confirmation Order together on all creditors and other parties in interest by the earlier of (a) the date of service of the Notice of Effective Date approved in the Confirmation Order or (b) 14 days from the entry of the Initial Post-Confirmation Order.

###END OF ORDER###