Judith W. Ross
State Bar No. 21010670
Eric Soderlund
State Bar No. 24037525
Law Offices of Judith W. Ross
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
judith.ross@judithwross.com
eric.soderlund@judithwross.com

COUNSEL FOR NABORS GLOBAL HOLDINGS II, LTD.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 15-31858-HDH |
| | § | |
| | § | |
| ERG Intermediate Holdings, LLC, *et al.* | § | Chapter 11 |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | |
| | § | |
| | § | |

## NOTICE OF SETTLEMENT

Nabors Global Holdings II, Ltd. ("**Nabors**"), a creditor of the Debtors and a party to

litigation involving the Debtors now pending in Texas State District Court in Houston,[1] by and

through its undersigned counsel, hereby submits this notice of settlement and respectfully states

as follows:

1.     On June 12, 2017 the Court held a hearing on the trustee's Rule 9019 motions

seeking Court approval of settlement agreements with Scott Wood and Parex (Docket Nos. 891

---

[1] *ERG Resources, L.L.C. v. Nabors Global Holdings, II, et al.*, Cause No. 2012-16446 (the "**Nabors
Litigation**").

& 900, respectively) proposed by the trustee of the Exempt Assets Trust (the "**Trustee**"). Nabors objected to the Wood settlement (Docket No. 903).

2.      At the conclusion of the hearing, the Court set a deadline of 5:00 p.m. on June 14, 2017 for the parties to notify the Court of a settlement resolving Nabors' objection. The Court also informed the parties that if no settlement were announced by the deadline, the Court would render its decision on the matter on June 15, 2017 (Docket entry dated June 13, 2017).

3.      In accordance with these directions from the Court, the Parties submit this notice of settlement announcing that Nabors and the Trustee have agreed to compromise and settle all claims between them.

Date:   June 14, 2017                             Respectfully submitted,


                                                  /s/ *Judith W. Ross*
                                                  Judith W. Ross
                                                  State Bar No. 21010670
                                                  Eric Soderlund
                                                  State Bar No. 24037525
                                                  Law Offices of Judith W. Ross
                                                  700 North Pearl Street, Suite 1610
                                                  Dallas, Texas 75201
                                                  Telephone: 214-377-7879
                                                  Facsimile: 214-377-9409
                                                  judith.ross@judithwross.com
                                                  eric.soderlund@judithwross.com

                                                  COUNSEL   FOR   NABORS   GLOBAL
                                                  HOLDINGS II, LTD.

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on June 14, 2017, a copy of the foregoing Objection was served electronically through ECF.  Such electronic service was followed by service via email to the following:

 Robert J. Feinstein, email: rfeinstein@pszjlaw.com
 Jeff Pomerantz, email: jpomerantz@pszjlaw.com


                                                  */s/ Judith W. Ross*
                                                  Judith W. Ross